1   Law Offices of Michael R. Shapiro
2   A Professional Corporation (S.B. No 37011)
    612 N. Sepulveda Blvd. Suite 11
3   Los Angeles California 90049

4   310 472 8900 Phone
    301 472 4600 Fax

5   Attorney for Plaintiff WE 3 KINGS, INC.

6

7               UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10                   CV14-08816 DSF (ASx)

11   WE 3 KINGS, INC., A NEW JERSEY   )   Civil Action No:
12   CORPORATION

13           Plaintiff,     )   1)  Violation of Federal Copyright Act

14       vs.                    )   2)  Injunction

15   The Steve Harvey Show, Steve Harvey,   )   3)  Attorney Fees
    an Individual, Alex Duda, an individual,
16   Rushion McDonald, an individual, Deep
    Dish Productions, Inc., An Illinois
17   Corporation, NBCUniversal Domestic
    Television Distribution, Inc., a division
18   of NBCUniversal, Inc., A Delaware
    Corporation, Hearst Television, Inc.,
19   Cox Communications, Inc., Media
    General, inc., FOX Broadcasting
20   Company, , Gannett Company, Inc.,
    Local TV, LLC, Sinclair Broadcast
21   Group, Inc., LIN Media, LLC, Nexstar
    Broadcasting Group, Inc., Raycom
22   Media, Inc., Endemol USA, Inc., WTTO,
    Birmingham, AL, WDFX, Dothan, AL,
23   WHNT, Huntsville, AL, WMPI, Mobile,
    AL, WJTC, Mobile, AL, WNCF,
24   Montgomery, AL, KTUU, Anchorage,
    AK, KXFX, Fairbanks, AK, KPHO,
25   Phoenix, AZ, KGUN, Tucson, AZ,
    KSWT, Yuma, AZ, KHBS, Fort Smith,
26   AR, KATV, Little Rock, AR, KBAK,
27

28

                            1

FILED
2014 NOV 13 PM 3: 20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

COPY

Bakersfield, CA, KCVU, Chico, CA, KBVU, Eureka, CA, KMPH, Fresno, CA, KNBC, Los Angeles, CA, KSBW, Monterey, CA, KDFX, Palm Springs, CA, KCRA, Sacramento, CA, KQCA, Sacramento, CA, KNSD, San Diego, CA, KNTV, San Francisco, CA, KSBY, Santa Barbara, CA, KXRM, Colorado Springs, CO, KTVD, Denver, CO, KTCO, Denver, CO, KFQX, Grand Junction, CO, WVIT, Hartford, CT, WZVN, Fort Meyers, FL, WBBH, Fort Meyers, FL, WNBW, Gainesville, FL, WTEV, Jacksonville, FL, WAWS, Jacksonville, FL, WTVJ, Miami, FL, WFTV, Orlando, FL, WRDQ, Orlando, FL, WPGX, Panama City, FL, WTWC, Tallahassee, FL, WFLX, West Palm Beach, FL, WFXL, Albany, GA, WAGA, Atlanta, GA, WJBF, Augusta, GA, WLTZ, Columbus, GA, WMGT, Macon, GA, WTGS, Savannah, GA, KITV, Honolulu, HI, KIVI, Boise, ID, KXPI, Idaho Falls, ID, KSAW, Twin Falls, ID, WICS, Champaign, IL, WMAQ, Chicago, IL, WHOI, Peoria, IL, WQRF, Rockford, IL, WTVO, Rockford, IL, KHQA, Quincy, IL, WTVW, Evansville, IN, WISE, Fort Wayne, IN, WISH, Indianapolis, IN, WSJV, South Bend, IN, WTHI Terre Haute, IN, KCRG, Cedar Rapids, IA, KLJB, Davenport, IA, WOI, Des Moines, IA, KTVO, Ottumwa, IA, KPTH, Sioux City, IA, KTMJ, Topeka, KS, KSAS, Wichita, KS, WBKO, Bowling Green, KY, WDKY, Lexington, KY, WLKY, Louisville, KY, KBSI, Paducah, KY, WAFB, Baton Rouge, LA, WBXH, Baton Rouge, LA, KATC, Lafayette, LA, KVHP, Lake Charles, LA, KARD, Monroe, LA, WDSU, New Orleans, LA, KTBS, Shreveport, LA, KPXJ, Shreveport, LA, WMTW, Portland, ME, WAGM, Presque Isle, ME, WBAL, Baltimore, MD, WBOC, Salisbury, MD, WCVB, Boston, MA. WBKB, Alpena, MI, WWJ, Detroit, MI,

WSMH, Flint, MI, WWMT, Grand Rapids, MI, WILX, Lansing, MI, WJMN, Marquette, MI, WBPN, Traverse City, MI, KBJR, Duluth, MN, WFTC, Minneapolis, MN, KTTC, Rochester, MN, KRCG, Columbia, MO, KFJX, Joplin, MO, KMBC, Kansas City, MO, KCWE, Kansas City, MO, KCZ, Springfield, MO, KNPN, St Joseph, MO, KDNL, St Louis, MO, KHMT, Billings, MT, KWYB, Butte, MT, KFBB, Great Falls, MT, KHBB, Helena, MT, KTMF, Missoula, MT, KVMY, Las Vegas, NV, KRXI, Reno, NV, WMUR, Manchester, NH, WCAU, Camden, NJ, WNBC, Newark & Trenton, NJ, KOAT, Albuquerque, NM, WTEN, Albany, NY, WGRZ, Buffalo, NY, WIVT, Binghamton, NY, WENY, Elmira, NY, WNBC, New York, NY, WHAM, Rochester, NY, WSTM, Syracuse, NY, WUTR, Utica, NY, WNYF, Watertown, NY, WBTV, Charlotte, NC, WXII, Greensboro, NC, WNCT, Greenville, NC, WRAZ, Raleigh, NC, WSFX, Wilmington, NC, WDAZ, Fargo, ND, KMCY, Minot, ND, WLWT, Cincinnati, OH, WEWS, Cleveland OH, WCMH, Columbus, OH, WKEF, Dayton, OH, WOHL, Lima, OH, WNWO, Toledo, OH, WYTV, Youngstown, OH, WHIZ, Zanesville, OH, KOCO, Oklahoma City, OK, KTUL, Tulsa, OK, KVAL, Eugene, OR, KFBI, Medford, OR, KATU, Portland, OR, WFMZ, Allentown, PA, EJET, Erie, PA, WGAL, Harrisburg, PA, WATM, Johnstown, PA, WCAU, Philadelphia, PA, WTAE, Pittsburgh, PA, WBRE, Wilkes-Barre, PA, WNAC, Providence, RI, WTAT, Charleston, SC, WOLO, Columbia, SC, WPDE, Florence, SC, WYFF, Greenville, SC, KEVN, Rapid City, SD, KTTW, Sioux Falls, SD, WTVC, Chattanooga, TN, WJKT, Jackson, TN, WTNZ, Knoxville, TN, WHBQ, Memphis, TN, WZTV, Nashville, TN, WNAB, Nashville, TN, WKPT, Tri-Cities, TN,

WAPK, Tri-Cities, TN, KIDZ, Abilene, TX, KVII, Amarillo, TX, KEYE, Austin, TX, KBTV, Beaumont, TX, KRIS, Corpus Christi, TX, KXAS, Dallas, TX, KDBC, El Paso, TX, KFXV, Harlingen, TX, KRIV, Houston, TX, KTHX, Houston, TX, KGNS, Laredo, TX, KJTV, Lubbock, TX, KOSA, Odessa, TX, KIDY, San Angelo, TX, WOAI, San Antonio, TX, KXII, Sherman, TX, KFXK, Tyler, TX, KAVU, Victoria, TX, KXXV, Waco, TX, KJTL, Wichita Falls, TX, KJBQ, Wichita Falls, TX, KJZZ, Salt Lake City, UT, WPTZ, Burlington, VT, KALB, Alexandria, VA, WAHU, Charlottesville, VA, WSVF, Harrisonburg, VA, WGNT, Norfolk, VA, WTVR, Richmond, VA, WSET, Roanoke, VA, KOMO, Seattle, WA, KAYU, Spokane, WA, KNDO, Yakima, WA, WRC, Washington, DC, WVVA, Bluefield, WV, WCHS, Charleston, WV, WIYE, Parkersburg, WV, WTOV, Wheeling, WV, WFRV, Green Bay, WI, WEAU, La Crosse, WI, WMTV, Madison, WI, WISN, Milwaukee, WI, WSAW, Wausau, WI, KWYF, Casper, WY, KKTQ, Cheyenne, WY, UP Network, DIRECTV, Dish Network, Verizon FIOS, AT&T U-Verse, Time Warner Cable, Comcast Cable, RCN Cable

                    Defendants,

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

## JURISDICTION AND VENUE

4

1. PLAINTIFF is a Corporation organized under the Laws of the State of New Jersey with its principal place of business in Los Angeles County, California

2. Many of the defendants, including NBC DOMESTIC TELEVISION DISTRIBUTION have their principal place of business in Los Angeles, California.

3. This claim that is the basis of this action arises under the Title 17 of the United States code, the COPYRIGHT ACT that confers exclusive jurisdiction of any claims under said act to the Federal Courts.

### FACTS COMMON TO ALL COUNTS

4. PLAINTIFF is a music publishing company that owns and/or administers the copyright to a series of musical cues that are set forth as Exhibit "A", hereby incorporated by this reference. All of such are registered and thus protected by the Copyright Act.

5. Various music cues owned by PLAINTIFF were used by said DEFENDANTS in various segments of season 2 of the STEVE HARVEY SHOW. All other DEFENDANTS without any proper license as required by the terms of the Copyright law either distributed and/or exhibited via broadcast, cable or satellite, segments of the STEVE HARVEY SHOW containing said cues. The total number of such unlicensed cues was 268 in season 2 of the STEVE HARVEY SHOW with a total of approximately 225 separate distributors and/or exhibitors. PLAINTIFF has no knowledge if any of said DEFENDANTS

(see caption for entire list) known to PLAINTIFF rebroadcast any segments of the STEVE HARVEY SHOW in various markets in the United States. In like manner, PLAINTIFF has no access to information about broadcasts outside the UNITED STATES of segments of the STEVE HARVEY SHOW where such unauthorized use of said cues may have occurred.

6.  At no time did PLAINTIFF execute any licenses for those cues noted in Exhibit "A" in favor of any of the DEFENDANTS in this action. To the contrary, Defendant Deep Dish Productions, Inc., through its counsel, Barry Slotnick, Esq. produced a document marked herein as EXHIBIT "B" that purports to be a MUSIC LIBRARY LICENSE AGREEMENT dated August 2012 between said Defendant and Plaintiff. Said Exhibit "B" clearly indicates that any license conveyed by this agreement specifically refers to "Season 1" of this series and is SILENT on any cues to be utilized in Season 2 which are the subject matter of this action.  It is also a patently valueless document as the cues listed as Schedule "A" have NO relationship to either the Plaintiff or Defendant.  Notwithstanding the above, PLAINTIFF questions the authenticity and legitimacy of Exhibit "B".

<u>FIRST CAUSE OF ACTION</u>
(Copyright Violation)

7. PLAINTIFF hereby incorporates by this reference paragraphs 4-6 above as fully set forth herein.

6

8.  PLAINTIFF alleges that none of the DEFENDANTS at any time were issued a license to use any of the cues noted in EXHIBIT "A" to be used with any visual images for any segment or segments of the STEVE HARVEY SHOW, Season 2. This failure to obtain a license is a direct violation of the FEDERAL COPYRIGHT ACT.

9.  There is no agreement between PLAINTIFF and any of the DEFENDANTS allowing said DEFENDANTS, or any of them to use the cues noted in EXHIBIT "A", the property of PLAINTIFF.

10.  PLAINTIFF has suffered actual damages by virtue of these unauthorized uses of its property as follows:
>       a. As against all DEFENDANTS, the sum of $42,310,000.00.
>       b. This number is calculated by the number of unauthorized cues, 268 times the number of distributors and exhibitors, 225 times a modest license fee of $700.00 per cue per use.

<u>SECOND CAUSE OF ACTION</u>
(INJUNCTION)

11.  PLAINTIFF hereby incorporated by this reference paragraphs 4-10b above as fully set forth herein.

12.  PLAINTIFF seeks an injunction to prevent any of said DEFENDANTS from using and continuing to use those cues set forth in EXHIBIT "A".

13. PLAINTIFF has no adequate remedy at law for the following reasons:

 a. The amount of damages are so great that DEFENDANTS and each of them may declare bankruptcy and thus defeat any claim by PLAINTIFF.

 b. Each day the DEFENDANTS continue to use said cues the damages mount and the likelihood of PLAINTIFFS ever receiving said damages are reduced.

 c. DEFENDANTS are continuing to use said cues to enhance segments of season 2 without any payment being made by DEFENDANTS to PLAINTIFF, the owner of said cues.

 d. While these said cues are being used by DEFENDANTS, PLAINTIFF is unable to market these same cues or other potential licensees for radio, TV, internet and advertising.

 e. DEFENDANTS are reaping the benefits of PLAINTIFFS copyright protected work without having to pay for it and if a trial of this matter is not completed for 2-4 years, said DEFENDANTS will have enjoyed benefit to this unauthorized use and may never have to compensate PLAINTIFF if Defendants become insolvent or bankrupt.

 f. Injunction is the only remedy available to PLAINTIFF to stop these unauthorized uses of its copyright protected intellectual property.

## THIRD CAUSE OF ACTION
### (ATTORNEY FEES)

14. PLAINTIFF hereby incorporates paragraphs 4-16 as though fully set forth herein.

15. PLAINTIFF seeks Attorney Fees as provided for in the Federal Copyright Act.

WHEREFORE, PLAINTIFF DEMANDS THAT:

1. Until this case is decided the DEFENDANTS and the DEFENDANT'S agents be enjoined from using, in any manner the cues noted in EXHIBIT "A" of this Complaint;
2. Defendants pay to PLAINTIFF the sum of $42,300,000.00;
3. DEFENDANTS pay Attorney fees;
4. DEFENDANTS pay PLAINTIFF interest, costs, and
5. PLAINTIFF be awarded any other just relief.

November 13, 2014

Michael R. Shapiro

Law Offices of Michael R Shapiro

A Professional Corporation

612 N. Sepulveda Blvd. Suite 11

Los Angeles, CA 90049

mickeyimc@aol.com

310 472 8900

# EXHIBIT A

**Cues downloaded from We3Kings' Music Portal and used by The Steve Harvey Show without a license.**

**Steve Harvey Season 2:**

Ep1 (9353208):
Flam (2X)
Fold (3X)
Forewarn
This Old Shoe
Echoed Past
Tree Falls

Ep 2 (9353209)
Swat Full
Pepperoncini

Ep 3 (9353210) None

Ep 4 (9353211)
Forget It
Kitchen
Craziac
Pet Shopp

Ep 5 (9353212)
Chosen
Backroad
Appalachia Chaser
Fold

Ep 6 (9353213)
Ruffles (2X)

Ep 7 (9353214)
Cuban Cigar

Ep 8 (9353215)
Smiddle Full
Daisies Plucks
Urban Mellow
Sensual Candy

Ep 9  (9353216) None

Ep 10 (9353217)

Cuban Cigar
Late Night Talking
Rotten (2X)

Ep 11 (9353218)
Forget It
Oboey
Brush Off
Ambien
Craziac
Wink

Ep 12 (9353219)
Beating No One
Lonely Child
Runnies
Daisie Plucks
Date Night

Ep 13 (9353220)
Clubbing

Ep 14 (9353221)
Military Joy
Pride Joy

Ep 15 (9353222)
Redd
Beating No One
You Bad

Ep 16 (9353223) None

Ep 17 (9353224)
Lose
Just Got Here

Ep 18  (9353225) None

Ep 19 (9353226)
Twinkie
Leap
Egress Lane
Cloppers
Hop Hater

Ep 20  (9353227) None

Ep 21 (9353228)
Clean

Ep 22 (9353229)
Bulb

Ep 23 (9353230)
Never Forget
Echoed Past

Ep 24  (9353231) None

Ep 25 (9353232) None

Ep 26 (9353233) None

Ep 27 (9353234) None

Ep 28 (9353235) None

Ep 29 (9353236)
Shake n Bake
Barf
Rain Gear
900
Hop Hater

Ep 30 (9353237)
Pleasing Plucky
Fashion And Fame

Ep 31 (9353238) None

Ep 32 (9353239)
Funky Wonder

Ep 33 (9353240)
Ominoose Drones
Danger

Ep 34 (9353241) None

Ep 35 (9353242)
Daisies Plucks

Flying High

Ep 36 (9353243)
Slow Love
Victor

Ep 37 (9353244)
55 Jackson
Bouncy
Taps

Ep 38 (9353245)
Trancer

Ep 39 (9353246)
Flyin High
Pepperoncini
Crazy Town

Ep 40 (9353247)
Forget It
Walk Soft

Ep 41 (9353248) None

Ep 42 (9353249) None

Ep 43 (9353250)
Riding Phat
Smiddle

Ep 44 (9353251)
Rhihab (3X)

Ep 45 (9353270) None

Ep 46 (9353271) None

Ep 47 (9353276) None

Ep 48 (9353278)
Redd
Buzz
Brisk

Ep 49 (9353279) None

Ep 50 (9353281)
Undercarraige
Walk Soft
Forget It

Ep 51 (9353283)
Plates

Ep 52 (9353284)
Plucky Piano
Fun Times

Ep 53 (9353285) None

Ep 54 (9353287)
Crazy Town
City Light
Plucky Piano
Carefree Daze
Positive Family
Numbers

Ep 55 (9353288) None

Ep 56 (9353290) None

Ep 57 (9353291) None

Ep 58 (9353292) None

Ep 59 (9353294) None

Ep 60 (9353295) None

Ep 61 (9353296) None

Ep 62 (9353298)
Dance Hall
Be Sure

Ep 63 (9353299)
Plates
Smiddle

Ep 64 (9353300) None

Ep 65 (9353301) None

Ep 66 (9353302)
Backroad (2X)
Barf
Twinkie
Git R Done

Ep 67 (9353304)
Cleavage (Marked as Unknown)

Ep 68 (9353305) None

Ep 69 (9353306)
Cuban Cigar
Discovery

Ep 70 (9353308) None

Ep 71 (9353310)
Crazytown (Marked as Unknown)

Ep 72 (9353311) None

Ep 73 (9353312)
Time Running Out
Anti
Plates

Ep 74 (9353313) None

Ep 75 (9353314) None

Ep 76 (9353315)
Joyz

Ep 77 (9353316)
Swat
Xmas Shopping
Joyz
Angel

Ep 78 (9353317) None

Ep 79 (9353318)

Joy To Earth

Ep 80 (9353319) None

Ep 81 (9353320) None

Ep 82 (9353321) None

Ep 83 (9353322)
Mamita
Funyun

Ep 84 (9353323) None

Ep 85 (9353324)
Sell It (Marked as Unkown)

Ep 86 (9353325) None

Ep 87 (9353326)
Just Got Here (Marked as Unknown)

Ep 88 ?

Ep 89 (9353328)
Forewarn (2X)
Rumba Dumba
Band Members

Ep 90 (9353330) None

Ep 91(9353331)
Plucky Piano
Plates

Ep 92 (9353332)
Skippy

Ep 93 (9353333) None

Ep 94 (9353334)
Sell It (Marked as Unknown)

Ep 95 (9353336)
Osh Ma (marked as Unknown)

Ep 96 (9353337) None

Ep 97 (9353339)
Plates

Ep 98 (9353340) None

Ep 99 (9353341)
Slow Love
Tear full
Good buy
Soliloquy (Marked as unkonwn)
Tonight

Ep 100 (9353342)
Plates
Forget It
Amusing Funk
Kitchen
Gimme Money
Fun With Mice (Marked as unknown)
Barf

Ep 101 None (9363291)

Ep 102 (9363292)
Endarkened (Marked as Unknown)

Ep 103 (9363294)
Section Full

Ep 104 (9363295) None

Ep 105 (9363296)
Lounge Chill

Ep 106 (9363297)
Osh ma (Marked as Unknown) (2X)
Daisies Plucks
Citylight
Smiddle
Running Fast

Ep 107 (9363298)None

Ep 108 (9363299)
55 Jackson

Ep 109 (9363301)
Flying High

Ep 110 (9363307)
Skippy

Ep 111 (9363319) None

Ep 112 (9363320) None

Ep 113 (9363321)
Forget It

Ep 114 (9363322)
Amusing Funk
Kitchen
Bindia (2X)
Firestorm

Ep 115 (9363323) None

Ep 116 (9363324)
Demo Hill
Cutie Pie
Blue King
Sulk
Charts
Firestorm
Baby Cake
No Underpants


Ep 117 (9363325)
Daisies Pluck
Barf
Charts (2X)
Under Carraige (Marked as Unknown)
Craziac
Anti
Ambien

Ep 118 (9363326)None

Ep 119 (9363327)
Just Got Here (Marked as Unknown)

Ep 120 (9363328) None

Ep 121 (9363331)
Funny Legs
Samuel
Bindia

Ep 122 (9363332) None

Ep 123 (9363333) none

Ep 124 (9363335) None

Ep 125 (9363336) None

Ep 126 (9363337)
Band Stand
Daisies Plucks
Baby Cake
Stand Ground
Wink

Ep 127 (9363338)
Clockers

Ep 128 (9363339)
Barf
Crazytown (Marked as Unknown)
Bindia
Sucker
Charts
Secret Aim

Ep 129 (9363340) None

Ep 130 (9363341) None

Ep 131 (9363342) None

Ep 132 (9363343)
Skippy
Circles

Ep 133 (9363344)
Oceans
Flying High
Discovery (2X)
Flyin High

Ep 134 (9363345) None

Ep 135 (9363346) None

Ep 136 (9363347)
Posse Punch
Smiddle

Ep 137 (9363348)
Horsey

Ep 138 (9363349)
Blowout
Turnaround
Europrint

Ep 139 (9363350)
Slow Love

Ep 140 (9363351)
No No No

Ep 141 (9363352)
Victor

Ep 142 (9363353)
Bindia
Twinkie
Lot

Ep 143 (9363354)
Walk Soft
Cuban Cigars
Oceans

Ep 144 (9363355) None

Ep 145 (9363356) None

Ep 146 (9363357)

Pop Clock
Never Forget (Marked as Unknown)
Gimme Money
Positive Family

Ep 147 (9363358)
Stage 1
Party All Night
Looking Ahead
Disco Breakin
Woowee

Ep 148 (9363360)
The Party
Party Nite

Ep 149 (9363361) None

Ep 150 (9363365)
Flam
Various Hits
Circus
No Witness
Troup Drums
Navy
Cleaver
Feline (Marked as Unknown)
Pops

Ep 151 (9363366) None

Ep 152 (9363367)
No No No

Ep 153 (9363368)
Inspector
Dopper

Ep 154 (9363369)
Europrint

Ep 155 (9363370) None

Ep 156 (9363371) none

Ep 157 (9363372)

Stabber
Love Me
Slash

Ep 158 (9363373)
55 Jackson

Ep 159 (9363374)
Bumble Bee Dance

Ep 160 (9363375)
Sell It (Marked as Unknown)

Ep 161 (9363376)
Quick Pluck Drums (2X)
Bear Coming Up

Ep 162 (9363377)
Cuban Cigar

Ep 163 (9363378) None

Ep 164 (9363379) None

Ep 165 (9363380)
Freds Chase
Wild Mystery
Current
Concern
Danger
Risk

Ep 166 (9363381) None

Ep 167 (9363382)
Just Got Here (Marked as Unknown)
Brisk

Ep 168 (9363383)
Beefaroni
Beyond C

Ep 169 (9363384) None

Ep 170 (9363385)
Flyin High

Ep 171 (9363386)
Common Ground
Forewarn

Ep 172 (9363387)
Disco Breakin

Ep 173 (9363388) None

Ep 174  (9363389) None

Ep 175 (9363390) None

Ep 2201 (10431266)
Appalachia Chaser
Fold Full
Redd
Beating No One
You Bad

Ep 2202 (10431267)
Twinkie
Leap
Egress Lane

Ep 2203
Slow Love
Funky Wonder

Ep 2204
Plates
Funyun


**Total Music Pieces:  268**

# EXHIBIT B

## MUSIC LIBRARY LICENSE AGREEMENT

This Agreement is made as of this 14th day of August, 2012, by and between, We 3 Kings, Inc., 24378 Highlander Road, West Hills, CA 91307 ("Licensor"), and Deep Dish Productions of Chicago, LLC located at 425 N. Columbus Drive Chicago, Illinois, 60611 , ("Licensee").

**WHEREAS,** Licensor grants Licensee the non-exclusive right to use the master recordings ("Recordings") and musical composition cues ("Cues")") listed on schedule "A" attached hereto and by this reference incorporated herein (collectively referred to as the "Library"), for Licensee's non-exclusive use in and in connection with two hundred and two (202) episodes of Licensee's First Season television series currently entitled " Steve Harvey " ("TSHS"). Licensee shall hereby have a non-exclusive, non-revocable license to use the Library solely in connection with TSHS pursuant to the terms and conditions hereof.

**1. Grant of Rights.** In consideration of Licensee's payment in full to Licensor in accordance with Subparagraph 1.1 below, Licensor hereby grants to Licensee the perpetual, non-revocable, non-exclusive right and license to broadcast, synchronize, telecast, and otherwise use the Library solely and in connection with all of the two hundred and two (202) episodes of the First season of TSHS and in connection with any advertising, publicity and promotion of TSHS. . The period of use shall be in perpetuity throughout the territory of the World. In the event Licensee wishes to use any of the Recordings and/or Cues from the Library in any episodes of TSHS beyond the two hundred and two (202) episodes of the Season One (1) Production contemplated herein, the parties agree to a license fee of two hundred and fifty dollars ($250.00) per episode any additional episodes above 202.

**1.1. License Fees.** Licensee agrees to pay Licensor a License Fee of One Dollars ($1.00), which is hereby acknowledged as paid, payable upon execution of this License Agreement.

**2. Warranties and Indemnifications.**

**2.1** Licensee will indemnify Licensor and hold Licensor harmless from any and all claims, liabilities, losses, damages, and expenses, including all reasonable outside attorney's fees, arising from any breach of Licensee's warranties, representations, or covenants under this Agreement, or in any way resulting from or connected with Licensee's use of the Library in TSHS, in violation of the terms or conditions herein.

**2.2** Licensor warrants and represents that: (i) Licensor owns and/or controls the Recordings and Compositions licensed hereunder and has the right and authority to grant the license specified herein; (ii) Licensee's use of the Recordings and the Compositions from the Library as contemplated herein by the terms of the license shall not violate or infringe on any copyright or any other right (whether statutory, common law or contractual) of any third party, or be subject to any claims by third parties, nor require Licensee to make any additional payment for the use or exploitation thereof other than as set forth in this Agreement; and (iii) Licensor is free and able to enter into and fully perform this Agreement and to grant all the rights granted or to be granted to Licensee hereunder. Licensor will indemnify Licensee and hold Licensee harmless against

any and all claims, liabilities, losses, damages, and expenses, including all reasonable attorney's fees, arising from any breach or alleged breach of Licensor's warranties, representations, or covenants under this Agreement, or in any way resulting from or connected with Licensee's use of the Recordings, the Compositions and/or the Library in accordance with the terms and conditions herein.

3.  **Non-Exclusivity.** Licensee acknowledges that the Library is being licensed hereunder on a non-exclusive basis, and that other entities which may be competitors of Licensee may presently or in the future also possess the right to use all or part of the Library in the Territory or elsewhere.

4.  **Editing.** Licensee shall have the right to arrange, re-arrange, edit and adapt the Library, including the underlying Recordings and Compositions, at its own expense, in order to synchronize or customize the Library to suit the needs of TSHS.

5.  **Miscellaneous.**

5.1  No breach by Licensee of any provision hereof shall give Licensor the right to injunctive or other equitable relief with respect to, or otherwise to interfere in any way with the production, promotion, advertisement, distribution, sale, lease, license or other exploitation of TSHS the Recordings and Compositions as used in connection with TSHS or as otherwise permitted hereunder, any episode of the first season of TSHS, or any other materials contemplated hereunder. Licensor's sole remedy for any such breach shall be limited to an action at law to seek money damages, if any.

5.2  Licensee shall not have the right to assign this Agreement or any part of Licensee's rights hereunder in whole or in part to any person, firm or entity without Licensor's prior written consent, except that Licensee shall have the right to freely assign all rights in and to TSHS to any person, firm or entity or any distributor or subdistributor.

5.3  Nothing contained herein shall be deemed to require Licensee to use the Recordings, the Compositions or the Library, or any part thereof, whether in connection with the TSHS or otherwise, nor shall this Agreement be deemed to require Licensee to release, distribute, advertise or exploit TSHS.

5.4  This Agreement constitutes the entire agreement of the parties hereto with respect to the subject matter hereof and shall not be modified except in a writing signed by Licensor and Licensee. The validity, construction, interpretation and legal effect of this Agreement shall be governed by the laws of the State of California applicable to contracts entered into and to be wholly performed within such state. This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, successors and permissible assigns. This Agreement contains the full understanding of the parties and supersedes all prior agreements and understandings, whether written or oral, pertaining thereto.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as of the date first set forth above.

**WE 3 KINGS, INC.**

By:

Its: CO-Founder

**Deep Dish Productions Of Chicago LLC.**

By:

Its: SVP, PRODUCTION

## SCHEDULE A

As part of the agreement between We 3 Kings Inc. (collectively "Licensor") on the one hand, and Collins Avenue LLC ("Licensee") on the other hand, in connection with "" (the "Production").

**Licensed Material:**
W3K Cue Catalog and Portal containing Recordings and Compositions owned and controlled by Licensor including the score:

- W3K-Ambient Pensive Electronic w orchestral elements
- W3K-Battle
- W3K-Bumper/Stings
- W3K-Comedy
- W3K-Emotional
- W3K-Ethnic
- W3K-Fun Uptempo Country Cues
- W3K-Funky Backdrop Beats
- W3K-Haunting
- W3K-Hip Hop / Club
- W3K-Inspirational
- W3K-Laidback Vibe
- W3K-Pop Electronic Beats
- W3K-Quirky/fun/scheming
- W3K-Rock
- W3K-Romantic
- W3K-Sound Design basic sounds
- W3K-Tense excitement (movement)/Action
- W3K-Tension
- W3K-World Type Cues
- W3KBig Promo/Teaser

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California ☒

WE 3 KINGS, INC., A NEW JERSEY CORPORATION

*Plaintiff(s)*

v.

THE STEVE HARVEY SHOW,

SEE ATTACHMENT

*Defendant(s)*

Civil Action No.

CV14-08816 DSF (AS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael R. Shapiro, A Professional Corporation
612 N. Sepulveda Blvd., Suite 11
Los Angeles, California 90049

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/13/2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

1170

DEFENDANTS

**Steve Harvey, an Individual, Alex Duda, an individual, Rushion McDonald, an individual, Deep Dish Productions, Inc., An Illinois Corporation, NBCUniversal Domestic Television Distribution, Inc., a division of NBCUniversal, Inc., A Delaware Corporation, Hearst Television, Inc., Cox Communications, Inc., Media General, inc., FOX Broadcasting Company, , Gannett Company, Inc., Local TV, LLC, Sinclair Broadcast Group, Inc., LIN Media, LLC, Nexstar Broadcasting Group, Inc., Raycom Media, Inc., Endemol USA, Inc., WTTO, Birmingham, AL, WDFX, Dothan, AL, WHNT, Huntsville, AL, WMPI, Mobile, AL, WJTC, Mobile, AL, WNCF, Montgomery, AL, KTUU, Anchorage, AK, KXFX, Fairbanks, AK, KPHO, Phoenix, AZ, KGUN, Tucson, AZ, KSWT, Yuma, AZ, KHBS, Fort Smith, AR, KATV, Little Rock, AR, KBAK, Bakersfield, CA, KCVU, Chico, CA, KBVU, Eureka, CA, KMPH, Fresno, CA, KNBC, Los Angeles, CA, KSBW, Monterey, CA, KDFX, Palm Springs, CA, KCRA, Sacramento, CA, KQCA, Sacramento, CA, KNSD, San Diego, CA,**

**KNTV, San Francisco, CA, KSBY, Santa Barbara, CA, KXRM, Colorado Springs, CO, KTVD, Denver, CO, KTCO, Denver, CO, KFQX, Grand Junction, CO, WVIT, Hartford, CT, WZVN, Fort Meyers, FL, WBBH, Fort Meyers, FL, WNBW, Gainesville, FL, WTEV, Jacksonville, FL, WAWS, Jacksonville, FL, WTVJ, Miami, FL, WFTV, Orlando, FL, WRDQ, Orlando, FL, WPGX, Panama City, FL, WTWC, Tallahassee, FL, WFLX, West Palm Beach, FL, WFXL, Albany, GA, WAGA, Atlanta, GA, WJBF, Augusta, GA, WLTZ, Columbus, GA, WMGT, Macon, GA, WTGS, Savannah, GA, KITV, Honolulu, HI, KIVI, Boise, ID, KXPI, Idaho Falls, ID, KSAW, Twin Falls, ID, WICS, Champaign, IL, WMAQ, Chicago, IL, WHOI, Peoria, IL, WQRF, Rockford, IL, WTVO, Rockford, IL, KHQA, Quincy, IL, WTVW, Evansville, IN, WISE, Fort Wayne, IN, WISH, Indianapolis, IN, WSJV, South Bend, IN, WTHI, Terre Haute, IN, KCRG, Cedar Rapids, IA, KLJB, Davenport, IA, WOI, Des Moines, IA, KTVO, Ottumwa, IA, KPTH, Sioux City, IA, KTMJ, Topeka, KS, KSAS, Wichita, KS, WBKO, Bowling Green, KY, WDKY, Lexington, KY, WLKY, Louisville, KY, KBSI, Paducah, KY, WAFB, Baton Rouge, LA, WBXH, Baton Rouge, LA, KATC, Lafayette, LA, KVHP, Lake Charles, LA, KARD, Monroe, LA, WDSU, New Orleans, LA, KTBS, Shreveport, LA, KPXJ, Shreveport, LA, WMTW, Portland, ME, WAGM, Presque Isle, ME, WBAL, Baltimore, MD, WBOC, Salisbury, MD, WCVB, Boston, MA. WBKB, Alpena, MI, WWJ, Detroit, MI, WSMH, Flint, MI, WWMT, Grand Rapids, MI, WILX, Lansing, MI, WJMN, Marquette, MI, WBPN, Traverse City, MI,**

**KBJR, Duluth, MN, WFTC, Minneapolis, MN, KTTC, Rochester, MN, KRCG, Columbia, MO, KFJX, Joplin, MO, KMBC, Kansas City, MO, KCWE, Kansas City, MO, KCZ, Springfield, MO, KNPN, St Joseph, MO, KDNL, St Louis, MO, KHMT, Billings, MT, KWYB, Butte, MT, KFBB, Great Falls, MT, KHBB, Helena, MT, KTMF, Missoula, MT, KVMY, Las Vegas, NV, KRXI, Reno, NV, WMUR, Manchester, NH, WCAU, Camden, NJ, WNBC, Newark & Trenton, NJ, KOAT, Albuquerque, NM, WTEN, Albany, NY, WGRZ, Buffalo, NY, WIVT, Binghamton, NY, WENY, Elmira, NY, WNBC, New York, NY, WHAM, Rochester, NY, WSTM, Syracuse, NY, WUTR, Utica, NY, WNYF, Watertown, NY, WBTV, Charlotte, NC, WXII, Greensboro, NC,**

WNCT, Greenville, NC, WRAZ, Raleigh, NC, WSFX, Wilmington, NC, WDAZ, Fargo, ND, KMCY, Minot, ND, WLWT, Cincinnati, OH, WEWS, Cleveland OH, WCMH, Columbus, OH, WKEF, Dayton, OH, WOHL, Lima, OH, WNWO, Toledo, OH, WYTV, Youngstown, OH, WHIZ, Zanesville, OH, KOCO, Oklahoma City, OK, KTUL, Tulsa, OK, KVAL, Eugene, OR, KFBI, Medford, OR, KATU, Portland, OR, WFMZ, Allentown, PA, EJET, Erie, PA, WGAL, Harrisburg, PA, WATM, Johnstown, PA, WCAU, Philadelphia, PA, WTAE, Pittsburgh, PA, WBRE, Wilkes-Barre, PA, WNAC, Providence, RI, WTAT, Charleston, SC, WOLO, Columbia, SC, WPDE, Florence, SC, WYFF, Greenville, SC, KEVN, Rapid City, SD, KTTW, Sioux Falls, SD, WTVC, Chattanooga, TN, WJKT, Jackson, TN, WTNZ, Knoxville, TN, WHBQ, Memphis, TN, WZTV, Nashville, TN, WNAB, Nashville, TN, WKPT, Tri-Cities, TN, WAPK, Tri-Cities, TN, KIDZ, Abilene, TX, KVII, Amarillo, TX, KEYE, Austin, TX, KBTV, Beaumont, TX, KRIS, Corpus Christi, TX, KXAS, Dallas, TX, KDBC, El Paso, TX, KFXV, Harlingen, TX, KRIV, Houston, TX, KTHX, Houston, TX, KGNS, Laredo, TX, KJTV, Lubbock, TX, KOSA, Odessa, TX, KIDY, San Angelo, TX, WOAI, San Antonio, TX, KXII, Sherman, TX, KFXK, Tyler, TX, KAVU, Victoria, TX, KXXV, Waco, TX, KJTL, Wichita Falls, TX, KJBQ, Wichita Falls, TX, KJZZ, Salt Lake City, UT, WPTZ, Burlington, VT, KALB, Alexandria, VA, WAHU, Charlottesville, VA, WSVF, Harrisonburg, VA, WGNT, Norfolk, VA, WTVR, Richmond, VA, WSET, Roanoke, VA, KOMO, Seattle, WA, KAYU, Spokane, WA, KNDO, Yakima, WA, WRC, Washington, DC, WVVA, Bluefield, WV, WCHS, Charleston, WV, WIYE, Parkersburg, WV, WTOV, Wheeling, WV, WFRV, Green Bay, WI, WEAU, La Crosse, WI, WMTV, Madison, WI, WISN, Milwaukee, WI, WSAW, Wausau, WI, KWYF, Casper, WY, KKTQ, Cheyenne, WY, UP Network, DIRECTV, Dish Network, Verizon FIOS, AT&T U-Verse, Time Warner Cable, Comcast Cable, RCN Cable

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I. (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS ( Check box if you are representing yourself ☐) |
|---|---|
| WE 3 KINGS, INC. | THE STEVE HARVEY SHOW, ET AL |

| (b) County of Residence of First Listed Plaintiff<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   COOK<br>*(IN U.S. PLAINTIFF CASES ONLY)* |
|---|---|
| (c) Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.<br><br>Michael R. Shapiro, A Professional Corporation<br>612 N. Sepulveda Blvd., Suite 11<br>Los Angeles, CA. 90049.  PH: 310-472-8900 | Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.<br><br>Barry Slotnick  (Attorney for The Steve Harvey Show & Deep Dish Productions)<br>Loeb & Loeb, 345 Park Ave.<br>New York, NY 10154   PH: 212-407-4162 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT:** $ 42,300,000.00 +

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title 17, Violation of Federal Copyright Act

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:   CV14-08816

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| [ ] Yes [X] No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | | Southern |
| | ☐ Riverside or San Bernardino | | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes [X] No | | ☐ NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes [X] No | | ☐ NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | **A.** Orange County | **B.** Riverside or San Bernardino County | **C.** Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | [X] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | [X] |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| [ ] Yes [X] No | [ ] Yes [X] No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN ▼ |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes | [X] No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?
☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____   DATE: 11/13/2014

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |