DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
BARRY I. SLOTNICK (*Pro Hac Vice*)
bslotnick@loeb.com
THOMAS D. NOLAN (SBN 238213)
tnolan@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

Attorneys for Defendants
TIME WARNER CABLE, INC., NBCUNIVERSAL MEDIA, LLC, DIRECTV, LLC, DEEP DISH PRODUCTIONS OF CHICAGO, LLC, ENDEMOL USA HOLDING, INC., STEVE HARVEY, ALEX DUDA, AND RUSHION MCDONALD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WE 3 KINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE STEVE HARVEY SHOW, ENDEMOL USA, INC., et al.,<br><br>Defendants. | Case No.: CV14-08816-DSF (ASx)<br><br>Assigned to Hon. Dale S. Fischer<br><br>**NOTICE OF MOTION TO DISMISS DEFENDANTS THAT HAVE NOT BEEN SERVED WITH PROCESS, AND MEMORANDUM OF LAW IN SUPPORT THEREOF**<br><br>Complaint filed: November 13, 2014<br><br>Hearing Date: April 20, 2015<br>1:30 pm<br>Courtroom 840 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

NY1333533.1
222309-10004

MOTION TO DISMISS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on Monday, April 20, 2015, at 1:30 pm., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Dale S. Fischer, United States District Judge, Central District of California, located at the Edward R. Roybal Federal Building and United States Courthouse, Courtroom 840, 255 East Temple Street Los Angeles, CA 90012-3332, Defendants Time Warner Cable, Inc., NBCUniversal Media, LLC (erroneously sued as "NBCUniversal Domestic Television Distribution, Inc., a division of NBCUniversal, Inc."), DIRECTV, LLC, Deep Dish Productions of Chicago, LLC (erroneously sued as "Deep Dish Productions, Inc."), Endemol USA Holding, Inc. (erroneously sued as "Endemol USA, Inc."), Steve Harvey, Alex Duda, and Rushion McDonald (collectively, the "Served Defendants") will and hereby do move for an Order, pursuant to Federal Rule of Civil Procedure 4(m) and/or the Court's Order to Show Cause (Doc. 13), dismissing the named Defendants who have not been served with the Summons and Complaint in this action.

This Motion is based on this Notice of Motion; the accompanying Memorandum of Law, and Exhibit A thereto; the Declaration of Barry I. Slotnick in support thereof; the Court file; any reply the Served Defendants may make; and any further argument as may be presented to the Court prior to or at the hearing on this motion, or subsequent thereto as permitted by the Court.

This motion is made following the Served Defendants' request to Plaintiff's counsel of record for a conference of counsel pursuant to Local Rule 7-3, made on March 15, 2015.  As set forth in the accompanying Declaration of Barry I. Slotnick, Plaintiff's counsel did not respond to the request.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

NY1333533.1
222309-10004

2

MOTION TO DISMISS

| | | |
|---|---|---|
| 1 | Dated: March 23, 2015 | LOEB & LOEB LLP |
| 2 | | |
| 3 | | By: /s/ *David Grossman* |
| | | David Grossman |
| 4 | | Barry I. Slotnick |
| | | Thomas D. Nolan |
| 5 | | |
| | | Attorneys for Defendants TIME WARNER CABLE, INC., NBCUNIVERSAL MEDIA, LLC, DIRECTV, LLC, DEEP DISH PRODUCTIONS OF CHICAGO, LLC, ENDEMOL USA HOLDING, INC., STEVE HARVEY, ALEX DUDA, AND RUSHION MCDONALD |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

NY1333533.1
222309-10004

3

MOTION TO DISMISS

# MEMORANDUM OF LAW

By and through their undersigned counsel, Loeb & Loeb LLP, Defendants Time Warner Cable, Inc., NBCUniversal Media, LLC (erroneously sued as "NBCUniversal Domestic Television Distribution, Inc., a division of NBCUniversal, Inc."), DIRECTV, LLC, Deep Dish Productions of Chicago, LLC (erroneously sued as "Deep Dish Productions, Inc."), Endemol USA Holding, Inc. (erroneously sued as "Endemol USA, Inc."), Steve Harvey, Alex Duda, and Rushion McDonald (collectively, the "Served Defendants") submit the following Memorandum of Law in support of their Motion, pursuant to Federal Rule of Civil Procedure 4(m) and/or the Court's Order to Show Cause (Doc. 13), to Dismiss the dozens and dozens of named Defendants who have not been served with process in this action.

## A.   The Time for Service Under Rule 4(m) Has Expired

Under the Federal Rules of Civil Procedure,

> [i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m); *Missud v. Nevada*, 861 F. Supp. 2d 1044, 1053 (N.D. Cal. 2012) (dismissing un-served defendants under Rule 4(m)); *Coley v. Baca*, 2011 U.S. Dist. LEXIS 13965 (C.D. Cal. Jan. 11, 2011) (same re. "Doe" defendants).

Plaintiff filed its Complaint in this action on November 13, 2014, and the 120-day period for service ran on or about March 12, 2015. With the sole exceptions of the eight Served Defendants (some of whom were actually served, and others of which accepted service), however, Plaintiff has failed to serve any of the dozens and dozens of remaining Defendants and file Proof of Service with the

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

NY1333533.1
222309-10004

4

MOTION TO DISMISS

Court. That alone warrants dismissal of these Defendants without prejudice (and subject to any showing Plaintiff may make of "good cause" for failure to serve). A list of all the named Defendants who have not been served is attached hereto as Exhibit A.

### B. **Plaintiff Has Also Failed to Carry Out Its Earlier Representations in Response to the Court's Order to Show Cause**

On December 9, 2014 (Doc. 13), the Court issued an Order requiring the Plaintiff "to show cause in writing … why this action should not be dismissed as to the applicable defendant(s) for lack of prosecution" under Rule 4(m), for failure to serve. In response, Plaintiff represented to the Court in their filing dated December 19, 2014 (Doc. 15) that it would properly serve all remaining Defendants within the time period of 75 days thereafter. That time period ran on or about March 3, 2015, and, as above, Plaintiff has not served any additional named Defendants. The un-served Defendants may, therefore, also be dismissed **with** prejudice, for Plaintiff's failure to properly respond to the Court's Order to Show Cause. *See, e.g.*, *In re Teledyne Def. Contractor Derivative Litig.*, 849 F. Supp. 1384, 1385 (C.D. Cal. 1993) (dismissing claims with prejudice for failure to respond to OSC).

Dated: March 23, 2015           LOEB & LOEB LLP

By: /s/ *David Grossman*
David Grossman
Barry I. Slotnick
Thomas D. Nolan

Attorneys for Defendants TIME WARNER CABLE, INC., NBCUNIVERSAL MEDIA, LLC, DIRECTV, LLC, DEEP DISH PRODUCTIONS OF CHICAGO, LLC, ENDEMOL USA HOLDING, INC., STEVE HARVEY, ALEX DUDA, AND RUSHION MCDONALD

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

NY1333533.1
222309-10004

5

MOTION TO DISMISS

# EXHIBIT A

The Steve Harvey Show, Hearst Television, Inc., Cox Communications, Inc., Media General, Inc., FOX Broadcasting Company, Gannett Company, Inc., Local TV, LLC, Sinclair Broadcast Group, Inc., LIN Media, LLC, Nexstar Broadcasting Group, Inc., Raycom Media, Inc., WTTO, Birmingham, AL WDFX, Dothan, AL WHNT, Huntsville, AL WMPI, Mobile, AL WJTC, Mobile, AL WNCF, Montgomery, AL KTUU, Anchorage, AK KXFX, Fairbanks, AK KPHO, Phoenix, AZ KGUN, Tucson, AZ KSWT, Yuma, AZ KHBS, Fort Smith, AR KATV, Little Rock, AR KBAK, Bakersfield, CA KCVU, Chico, CA KBVU, Eureka, CA KMPH, Fresno, CA KNBC, Los Angeles, CA KSBW, Monterey, CA KDFX, Palm Springs, CA KCRA, Sacramento, CA KQCA, Sacramento, CA KNSD, San Diego, CA KNTV, San Francisco, CA KSBY, Santa Barbara, CA KXRM, Colorado Springs, CO KTVD, Denver, CO KTCO, Denver, CO KFQX, Grand Junction, CO WVIT, Hartford, CT WZVN, Fort Meyers, FL WBBH, Fort Meyers, FL WNBW, Gainesville, FL WTEV, Jacksonville, FL WAWS, Jacksonville, FL WTVJ, Miami, FL WFTV, Orlando, FL WRDQ, Orlando, FL WPGX, Panama City, FL WTWC, Tallahassee, FL WFLX, West Palm Beach, FL WFXL, Albany, GA WAGA, Atlanta, GA WJBF, Augusta, GA WLTZ, Columbus, GA WMGT, Macon, GA WTGS, Savannah, GA KITV, Honolulu, HI KIVI, Boise, ID KXPI, Idaho Falls, ID KSAW, Twin Falls, ID WICS, Champaign, IL WMAQ, Chicago, IL WHOI, Peoria, IL WQRF, Rockford, IL MVO, Rockford, IL KHQA, Quincy, IL WTVW, Evansville, IN WISE, Fort Wayne, IN WISH, Indianapolis, IN WSJV, South Bend, IN WTHI, Terre Haute, IN KCRG, Cedar Rapids, IA KLJB, Davenport, IA WOI, Des Moines, IA KTVO, Ottumwa, IA KPTH, Sioux City, IA KTMJ, Topeka, KS KSAS, Wichita, KS WBKO, Bowling Green, KY WDKY, Lexington, KY WLKY, Louisville, KY KBSI, Paducah, KY WAFB, Baton Rouge, LA WBXH, Baton Rouge, LA KATC, Lafayette, LA KVHP, Lake Charles, LA KARD, Monroe, LA WDSU, New Orleans, LA KTBS, Shreveport, LA KPXJ, Shreveport, LA WMTW, Portland, ME WAGM, Presque Isle, ME WBAL, Baltimore, MD WBOC, Salisbury, MD WCVB, Boston, MA WBKB, Alpena, MI WWJ, Detroit, MI WSMH, Flint, MI WWMT, Grand Rapids, MI WILX, Lansing, MI WJMN, Marquette, MI WBPN, Traverse City, MI KBJR, Duluth, MN WFTC, Minneapolis, MN KTTC, Rochester, MN KRCG, Columbia, MO KFJX, Joplin, MO KMBC, Kansas City, MO KCWE, Kansas City, MO KCZ, Springfield, MO KNPN, St Joseph, MO KDNL, St Louis, MO KHMT, Billings, MT KWYB, Butte, MT KFBB, Great Falls, MT KHBB, Helena, MT KTMF, Missoula, MT KVMY, Las Vegas, NV KRXI, Reno, NV WMUR, Manchester, NH WCAU, Camden, NJ WNBC, Newark & Trenton, NJ KOAT, Albuquerque, NM WTEN, Albany, NY WGRZ, Buffalo, NY WIVT, Binghamton, NY WENY, Elmira, NY WNBC, New York, NY WHAM, Rochester, NY WSTM, Syracuse, NY WUTR, Utica, NY WNYF, Watertown, NY WBTV, Charlotte, NC WXII, Greensboro, NC WNCT, Greenville, NC WRAZ, Raleigh, NC WSFX, Wilmington, NC WDAZ, Fargo, ND KMCY, Minot, ND WLWT, Cincinnati, OH WEWS, Cleveland , OH WCMH, Columbus, OH WKEF, Dayton, OH WOHL, Lima, OH WNWO, Toledo, OH WYTV, Youngstown, OH WHIZ, Zanesville, OH KOCO, Oklahoma City, OK KTUL, Tulsa, OK KVAL, Eugene, OR KFBI, Medford, OR KATU, Portland, OR WFMZ, Allentown, PA EJET, Erie, PA WGAL, Harrisburg, PA WATM, Johnstown, PA WCAU,

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

NY1333533.1
222309-10004

6

MOTION TO DISMISS

Philadelphia, PA WTAE, Pittsburgh, PA WBRE, Wilkes-Barre, PA WNAC, Providence, RI WTAT, Charleston, SC WOLO, Columbia, SC WPDE, Florence, SC WYFF, Greenville, SC KEVN, Rapid City, SD KTTW, Sioux Falls, SD WTVC, Chattanooga, TN WJKT, Jackson, TN WTNZ, Knoxville, TN WHBQ, Memphis, TN WZTV, Nashville, TN WNAB, Nashville, TN WKPT, Tri-Cities, TN WAPK, Tri-Cities, TN KIDZ, Abilene, TX KVII, Amarillo, TX KEYE, Austin, TX KBTV, Beaumont, TX KRIS, Corpus Christi, TX KXAS, Dallas, TX KDBC, El Paso, TX KFXV, Harlingen, TX KRIV, Houston, TX KTHX, Houston, TX KGNS, Laredo, TX KJTV, Lubbock, TX KOSA, Odessa, TX KIDY, San Angelo, TX WOAI, San Antonio, TX KXII, Sherman, TX KFXK, Tyler, TX KAVU, Victoria, TX KXXV, Waco, TX KJTL, Wichita Falls, TX KJBQ, Wichita Falls, TX KJZZ, Salt Lake City, UT WPTZ, Burlington, VT KALB, Alexandria, VA WAHU, Charlottesville, VA WSVF, Harrisonburg, VA WGNT, Norfolk, VA WTVR, Richmond, VA WSET, Roanoke, VA KOMO, Seattle, WA KAYU, Spokane, WA KNDO, Yakima, WA WRC, Washington, DC WVVA, Bluefield, WV WCHS, Charleston, WV WIYE, Parkersburg, WV WTOV, Wheeling, WV WFRV, Green Bay, WI WEAU, La Crosse, WI WMTV, Madison, WI WISN, Milwaukee, WI WSAW, Wausau, WI KWYF, Casper, WY KKTQ, Cheyenne, WY UP Network, Dish Network, Verizon FIOS, AT&T U-Verse, Comcast Cable, RCN Cable

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

NY1333533.1
222309-10004

7

MOTION TO DISMISS