UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 14-8816 DSF (ASx) | Date | 4/13/15 |
| Title | We 3 Kings, Inc. v. The Steve Harvey Show, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING Motion to Dismiss Defendants Who Have Not Been Served; Order to Show Cause re Sanctions (Dkt. No. 31)

Several defendants filed a motion to dismiss a large number of other defendants who have not been served within the 120-day period allowed by Rule 4(m).  On the same day that the motion was filed, the Court independently issued an order to show cause why unserved defendants should not be dismissed.  Plaintiff has failed to respond to either the motion or the OSC.

Therefore, the motion is GRANTED.  The defendants listed in the Appendix to this order are dismissed from the case without prejudice.

Plaintiff and its counsel are ordered to show cause why they should not be sanctioned in the amount of $1,000 for (1) their unnecessary joinder of an extremely large number of defendants who they apparently had no interest in pursuing in this Court and (2) their failure to respond to either the motion to dismiss or the Court's OSC.  The response to this order to show cause is to be filed no later than April 15, 2015.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

### Appendix

The Steve Harvey Show, Hearst Television, Inc., Cox Communications, Inc., Media General, Inc., FOX Broadcasting Company, Gannett Company, Inc., Local TV, LLC, Sinclair Broadcast Group, Inc., LIN Media, LLC, Nexstar Broadcasting Group, Inc., Raycom Media, Inc., WTTO, Birmingham, AL WDFX, Dothan, AL WHNT, Huntsville, AL WMPI, Mobile, AL WJTC, Mobile, AL WNCF, Montgomery, AL KTUU, Anchorage, AK KXFX, Fairbanks, AK KPHO, Phoenix, AZ KGUN, Tucson, AZ KSWT, Yuma, AZ KHBS, Fort Smith, AR KATV, Little Rock, AR KBAK, Bakersfield, CA KCVU, Chico, CA KBVU, Eureka, CA KMPH, Fresno, CA KNBC, Los Angeles, CA KSBW, Monterey, CA KDFX, Palm Springs, CA KCRA, Sacramento, CA KQCA, Sacramento, CA KNSD, San Diego, CA KNTV, San Francisco, CA KSBY, Santa Barbara, CA KXRM, Colorado Springs, CO KTVD, Denver, CO KTCO, Denver, CO KFQX, Grand Junction, CO WVIT, Hartford, CT WZVN, Fort Meyers, FL WBBH, Fort Meyers, FL WNBW, Gainesville, FL WTEV, Jacksonville, FL WAWS, Jacksonville, FL WTVJ, Miami, FL WFTV, Orlando, FL WRDQ, Orlando, FL WPGX, Panama City, FL WTWC, Tallahassee, FL WFLX, West Palm Beach, FL WFXL, Albany, GA WAGA, Atlanta, GA WJBF, Augusta, GA WLTZ, Columbus, GA WMGT, Macon, GA WTGS, Savannah, GA KITV, Honolulu, HI KIVI, Boise, ID KXPI, Idaho Falls, ID KSAW, Twin Falls, ID WICS, Champaign, IL WMAQ, Chicago, IL WHOI, Peoria, IL WQRF, Rockford, IL MVO, Rockford, IL KHQA, Quincy, IL WTVW, Evansville, IN WISE, Fort Wayne, IN WISH, Indianapolis, IN WSJV, South Bend, IN WTHI, Terre Haute, IN KCRG, Cedar Rapids, IA KLJB, Davenport, IA WOI, Des Moines, IA KTVO, Ottumwa, IA KPTH, Sioux City, IA KTMJ, Topeka, KS KSAS, Wichita, KS WBKO, Bowling Green, KY WDKY, Lexington, KY WLKY, Louisville, KY KBSI, Paducah, KY WAFB, Baton Rouge, LA WBXH, Baton Rouge, LA KATC, Lafayette, LA KVHP, Lake Charles, LA KARD, Monroe, LA WDSU, New Orleans, LA KTBS, Shreveport, LA KPXJ, Shreveport, LA WMTW, Portland, ME WAGM, Presque Isle, ME WBAL, Baltimore, MD WBOC, Salisbury, MD WCVB, Boston, MA WBKB, Alpena, MI WWJ, Detroit, MI WSMH, Flint, MI WWMT, Grand Rapids, MI WILX, Lansing, MI WJMN, Marquette, MI WBPN, Traverse City, MI KBJR, Duluth, MN WFTC, Minneapolis, MN KTTC, Rochester, MN KRCG, Columbia, MO KFJX, Joplin, MO KMBC, Kansas City, MO KCWE, Kansas City, MO KCZ, Springfield, MO KNPN, St Joseph, MO KDNL, St Louis, MO KHMT, Billings, MT KWYB, Butte, MT KFBB, Great Falls, MT KHBB, Helena, MT KTMF, Missoula, MT KVMY, Las Vegas, NV KRXI, Reno, NV WMUR, Manchester, NH WCAU, Camden, NJ WNBC, Newark & Trenton, NJ KOAT, Albuquerque, NM WTEN, Albany, NY WGRZ, Buffalo, NY WIVT, Binghamton, NY WENY, Elmira, NY WNBC, New York, NY WHAM, Rochester, NY WSTM, Syracuse, NY WUTR, Utica, NY WNYF, Watertown, NY WBTV, Charlotte, NC WXII,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

Greensboro, NC WNCT, Greenville, NC WRAZ, Raleigh, NC WSFX, Wilmington, NC WDAZ, Fargo, ND KMCY, Minot, ND WLWT, Cincinnati, OH WEWS, Cleveland , OH WCMH, Columbus, OH WKEF, Dayton, OH WOHL, Lima, OH WNWO, Toledo, OH WYTV, Youngstown, OH WHIZ, Zanesville, OH KOCO, Oklahoma City, OK KTUL, Tulsa, OK KVAL, Eugene, OR KFBI, Medford, OR KATU, Portland, OR WFMZ, Allentown, PA EJET, Erie, PA WGAL, Harrisburg, PA WATM, Johnstown, PA WCAU, Philadelphia, PA WTAE, Pittsburgh, PA WBRE, Wilkes-Barre, PA WNAC, Providence, RI WTAT, Charleston, SC WOLO, Columbia, SC WPDE, Florence, SC WYFF, Greenville, SC KEVN, Rapid City, SD KTTW, Sioux Falls, SD WTVC, Chattanooga, TN WJKT, Jackson, TN WTNZ, Knoxville, TN WHBQ, Memphis, TN WZTV, Nashville, TN WNAB, Nashville, TN WKPT, Tri-Cities, TN WAPK, Tri-Cities, TN KIDZ, Abilene, TX KVII, Amarillo, TX KEYE, Austin, TX KBTV, Beaumont, TX KRIS, Corpus Christi, TX KXAS, Dallas, TX KDBC, El Paso, TX KFXV, Harlingen, TX KRIV, Houston, TX KTHX, Houston, TX KGNS, Laredo, TX KJTV, Lubbock, TX KOSA, Odessa, TX KIDY, San Angelo, TX WOAI, San Antonio, TX KXII, Sherman, TX KFXK, Tyler, TX KAVU, Victoria, TX KXXV, Waco, TX KJTL, Wichita Falls, TX KJBQ, Wichita Falls, TX KJZZ, Salt Lake City, UT WPTZ, Burlington, VT KALB, Alexandria, VA WAHU, Charlottesville, VA WSVF, Harrisonburg, VA WGNT, Norfolk, VA WTVR, Richmond, VA WSET, Roanoke, VA KOMO, Seattle, WA KAYU, Spokane, WA KNDO, Yakima, WA WRC, Washington, DC WVVA, Bluefield, WV WCHS, Charleston, WV WIYE, Parkersburg, WV WTOV, Wheeling, WV WFRV, Green Bay, WI WEAU, La Crosse, WI WMTV, Madison, WI WISN, Milwaukee, WI WSAW, Wausau, WI KWYF, Casper, WY KKTQ, Cheyenne, WY UP Network, DishNetwork, Verizon FIOS, AT&T U-Verse, Comcast Cable, RCN Cable