UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 14-8816 DSF (ASx) | Date | 4/24/15 |
| Title | We 3 Kings, Inc. v. The Steve Harvey Show, et al. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order re Sanctions

    On April 13, 2015, Plaintiff and its counsel were ordered to show cause why they should not be sanctioned in the amount of $1,000 for (1) their unnecessary joinder of an extremely large number of defendants whom they apparently had no interest in pursuing in this Court and (2) their failure to respond to either the motion to dismiss or the Court's OSC.  Plaintiff's response states only that Plaintiff is seeking new counsel and finding new counsel is taking longer than expected.  For reasons left to the imagination, Plaintiff – or at least its counsel – seems to believe that this explains the failure to serve the extremely large number of defendants who were named in this case.  It does not.  In addition, the response fails to offer any reason for Plaintiff's failure to respond to the motion and the OSC or for its joinder of numerous defendants it has failed to serve.

    Plaintiff and its counsel are therefore sanctioned, jointly and severally, in the amount of $1,000.  This amount is to be paid to the Clerk of Court no later than May 4, 2015.  Counsel must file a declaration no later than May 5, 2015 stating that the sanctions have been paid.

    IT IS SO ORDERED.