| | |
|---|---|
| 1 | DAVID GROSSMAN (SBN 211326) |
|   | dgrossman@loeb.com |
| 2 | BARRY I. SLOTNICK (*Pro Hac Vice*) |
|   | bslotnick@loeb.com |
| 3 | LOEB & LOEB LLP |
|   | 10100 Santa Monica Blvd., Suite 2200 |
| 4 | Los Angeles, CA 90067-4120 |
|   | Telephone:  310.282.2000 |
| 5 | Facsimile:   310.282.2200 |

Attorneys for Defendants
THE STEVE HARVEY SHOW; DEEP DISH PRODUCTIONS OF CHICAGO, LLC; ENDEMOL USA HOLDING, INC.; BEAUTIFUL DAY PRODUCTIONS, LLC; STEVE HARVEY; ALEX DUDA; RUSHION MCDONALD; NBCUNIVERSAL MEDIA, LLC; TEGNA INC. (sued incorrectly as Gannett Company, Inc.); HEARST TELEVISION INC. (sued incorrectly as Hearst Television, Inc.); MEDIA GENERAL, INC.; LIN TELEVISION CORPORATION; LOCAL TV, LLC; NEXSTAR BROADCASTING GROUP, INC.; SINCLAIR BROADCAST GROUP, INC.; TIME WARNER CABLE, INC.; DIRECTV, LLC; AT&T SERVICES, INC. (sued incorrectly as AT&T Corporation); COMCAST CORPORATION; COX MEDIA GROUP, LLC (sued incorrectly as Cox Media Group, Inc.); DISH NETWORK L.L.C. (sued incorrectly as Dish Network, LLC); RCN TELECOM SERVICES, LLC (sued incorrectly as RCN Corporation); VERIZON CORPORATE SERVICES GROUP INC. (sued incorrectly as Verizon Communications, Inc.); UP ENTERTAINMENT, LLC; TRIBUNE BROADCASTING COMPANY, LLC; CHARTER COMMUNICATIONS, INC.; BRIGHT HOUSE NETWORKS, LLC; RAYCOM MEDIA, INC.; and FRONTIER COMMUNICATIONS CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| WE 3 KINGS, INC., | Case No.: CV 14-08816-DSF (ASx) |
| Plaintiff, | Assigned to Hon. Dale S. Fisher |
| v. | **ANSWER OF DEFENDANT LIN TELEVISION CORPORATION TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| THE STEVE HARVEY SHOW, *et al.*, | |
| Defendants. | |
| | Complaint Filed: November 13, 2014 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2467754
222309-10004

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

Defendant LIN Television Corporation ("Defendant") answers the First Amended Complaint filed by Plaintiff We 3 Kings, Inc. ("Plaintiff") in this action as follows:

## JURISDICTION AND VENUE

1. Defendant admits Plaintiff's allegations in Paragraph 1.

2. Defendant admits Plaintiff's allegations in Paragraph 2.

3. Defendant denies that the Court has personal jurisdiction over it. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegation in Paragraph 3 regarding where "the acts complained of herein" occurred insofar as the complaint alleges conduct by no less than thirty parties, including Plaintiff, and, on that basis, denies the allegations. Defendant denies Plaintiff's allegation in Paragraph 3 regarding Defendant "hav[ing] caused injury to Plaintiff and to Plaintiff's intellectual property."

4. Defendant denies Plaintiff's allegations in Paragraph 4.

## THE PARTIES

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 5, and on that basis, denies the allegations.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 6, and on that basis, denies the allegations.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 7, and on that basis, denies the allegations.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 8, and on that basis, denies the allegations.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2467754
222309-10004

1

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 9, and on that basis, denies the allegations.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 10, and on that basis, denies the allegations.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 11, and on that basis, denies the allegations.

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 12, and on that basis, denies the allegations.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 13, and on that basis, denies the allegations.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 14, and on that basis, denies the allegations.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 15, and on that basis, denies the allegations.

16. Defendant admits that it is a Delaware corporation. Defendant acknowledges that some of the television stations that it operates have broadcast The Steve Harvey Show. Defendant denies that it does business throughout the United States, but admits that it is qualified to do business in certain states. Defendant denies the remaining allegations in Paragraph 16.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2467754
222309-10004

2

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 17 and, on that basis, denies the allegations.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 18 and, on that basis, denies the allegations.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 19 and, on that basis, denies the allegations.

20. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 20 and, on that basis, denies the allegations.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 21 and, on that basis, denies the allegations.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 22 and, on that basis, denies the allegations.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 23 and, on that basis, denies the allegations.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 24 and, on that basis, denies the allegations.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 25 and, on that basis, denies the allegations.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2467754
222309-10004

3

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

26. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 26 and, on that basis, denies the allegations.

27. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 27 and, on that basis, denies the allegations.

28. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 28 and, on that basis, denies the allegations.

29. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 29 and, on that basis, denies the allegations.

30. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 30 and, on that basis, denies the allegations.

31. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 31 and, on that basis, denies the allegations.

32. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 32 and, on that basis, denies the allegations.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 33 and, on that basis, denies the allegations.

34. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 34 and, on that basis, denies the allegations.

35. Defendant denies the allegations in Paragraph 35.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2467754
222309-10004

4

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

## ALLEGATIONS COMMON TO ALL CLAIMS

36. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 36 and, on that basis, denies the allegations.

37. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 37 and, on that basis, denies the allegations, except that Defendant admits that a document is attached to the First Amended Complaint as Exhibit A.

38. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 38 and, on that basis, denies the allegations.

39. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 39 and, on that basis, denies the allegations.

40. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 40 and, on that basis, denies the allegations.

41. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 41 and, on that basis, denies the allegations.

42. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 42 and, on that basis, denies the allegations.

43. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 43 and, on that basis, denies the allegations.

44. a. Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in Paragraph 44.a., insofar as its broad

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2467754
222309-10004

5

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

1 allegations are made indiscriminately as to all defendants in this matter, and, on that
2 basis, denies the allegations.

3     b. Defendant lacks knowledge or information sufficient to form a
4 belief as to the truth of Plaintiff's allegations in Paragraph 44.b., insofar as its broad
5 allegations are made indiscriminately as to all defendants in this matter, and, on that
6 basis, denies the allegations.

7     c. Defendant lacks knowledge or information sufficient to form a
8 belief as to the truth of Plaintiff's allegations in Paragraph 44.c., insofar as its broad
9 allegations are made indiscriminately as to all defendants in this matter, and, on that
10 basis, denies the allegations.

11     d. Defendant lacks knowledge or information sufficient to form a
12 belief as to the truth of Plaintiff's allegations in Paragraph 44.d., insofar as its broad
13 allegations are made indiscriminately as to all defendants in this matter, and, on that
14 basis, denies the allegations.

15     e. Defendant lacks knowledge or information sufficient to form a
16 belief as to the truth of Plaintiff's allegations in Paragraph 44.e., insofar as its broad
17 allegations are made indiscriminately as to all defendants in this matter, and, on that
18 basis, denies the allegations.

19     f. Defendant lacks knowledge or information sufficient to form a belief
20 as to the truth of Plaintiff's allegations in Paragraph 44.f., insofar as its broad
21 allegations are made indiscriminately as to all defendants in this matter, and, on that
22 basis, denies the allegations.

23     45. Defendant denies Plaintiff's allegations in Paragraph 45.
24     46. Defendant denies Plaintiff's allegations in Paragraph 46.
25     47. Defendant denies Plaintiff's allegations in Paragraph 47.
26     48. Defendant denies Plaintiff's allegations in Paragraph 48.
27     49. Defendant denies Plaintiff's allegations in Paragraph 49.
28     50. Defendant denies Plaintiff's allegations in Paragraph 50.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2467754
222309-10004

6

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

51. Defendant denies Plaintiff's allegations in Paragraph 51.

52. Defendant denies Plaintiff's allegations in Paragraph 52.

## FIRST CLAIM FOR RELIEF

(Direct Copyright Infringement)

53. Defendant realleges and incorporates by reference as though set forth fully herein its answers to each of the preceding paragraphs.

54. Defendant denies the allegations of Paragraph 54.

## SECOND CLAIM FOR RELIEF

(Contributory Copyright Infringement)

55. Defendant realleges and incorporates by reference as though set forth fully herein its answers to each of the preceding paragraphs.

56. Defendant denies the allegations of Paragraph 56.

57. Defendant denies the allegations of Paragraph 57.

## THIRD CLAIM FOR RELIEF

(Vicarious Copyright Infringement)

58. Defendant realleges and incorporates by reference as though set forth fully herein its answers to each of the preceding paragraphs.

59. Defendant denies the allegations of Paragraph 59.

60. Defendant denies the allegations of Paragraph 60.

61. Defendant denies the allegations of Paragraph 61.

62. Defendant denies the allegations of Paragraph 62.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1. The First Amended Complaint (and the claims for relief alleged therein) fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

2. The relief sought by Plaintiff is barred by the doctrine of laches.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2467754
222309-10004

7

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

**Third Affirmative Defense**

3. The relief sought by Plaintiff is barred by the doctrine of waiver.

**Fourth Affirmative Defense**

4. The relief sought by Plaintiff is barred by the doctrine of estoppel.

**Fifth Affirmative Defense**

5. The relief sought by Plaintiff is barred by the equitable doctrine of unclean hands.

**Sixth Affirmative Defense**

6. The relief sought by Plaintiff is barred by the doctrine of fair use.

**Seventh Affirmative Defense**

7. The relief sought by Plaintiff is barred because Plaintiff consented to any use of copyrighted works.

**Eighth Affirmative Defense**

8. The relief sought by Plaintiff is barred because any use of copyrighted works were permitted by license.

**Ninth Affirmative Defense**

9. Plaintiff's claimed damages were directly and proximately caused in whole or part by acts or omissions of third parties not named as parties in this action, for which Defendants are neither responsible nor liable.

**Tenth Affirmative Defense**

10. Plaintiff has failed to mitigate damages, if any.

**Eleventh Affirmative Defense**

11. The First Amended Complaint (and the claims for relief alleged therein) is barred by the applicable statute of limitations, including without limitation 17 U.S.C. § 507(b).

**Twelfth Affirmative Defense**

12. The relief sought by Plaintiff is barred by the doctrine of copyright misuse.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2467754
222309-10004

8

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

### Thirteenth Affirmative Defense

13. The relief sought by Plaintiff is barred because all or part of the contract or transaction at issue resulted from fraud, deceit, or misrepresentation by Plaintiff or another party.

### Fourteenth Affirmative Defense

14. The relief sought by Plaintiff is barred by release and/or covenant(s) not to sue.

### Fifteenth Affirmative Defense

15. The relief sought by Plaintiff is barred by the doctrine of accord and satisfaction.

### Sixteenth Affirmative Defense

16. Venue is improper in this District.

### Seventeenth Affirmative Defense

17. The Court lacks personal jurisdiction over Defendant.

### PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

1. That Plaintiff recovers nothing by its First Amended Complaint.
2. For costs and legal fees of the suit herein; and
3. For such other and further relief as the Court deems just and proper.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2467754
222309-10004

9

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

| | |
|---|---|
| Dated: February 5, 2016 | LOEB & LOEB LLP<br>DAVID GROSSMAN<br>BARRY I. SLOTNICK<br><br>By: <u>/s/ David Grossman</u><br>David Grossman<br>Attorneys for Defendants<br>THE STEVE HARVEY SHOW; DEEP DISH PRODUCTIONS OF CHICAGO, LLC; ENDEMOL USA HOLDING, INC.; BEAUTIFUL DAY PRODUCTIONS, LLC; STEVE HARVEY; ALEX DUDA; RUSHION MCDONALD; NBCUNIVERSAL MEDIA, LLC; TEGNA INC. (sued incorrectly as Gannett Company, Inc.); HEARST TELEVISION INC. (sued incorrectly as Hearst Television, Inc.); MEDIA GENERAL, INC.; LIN TELEVISION CORPORATION; LOCAL TV, LLC; NEXSTAR BROADCASTING GROUP, INC.; SINCLAIR BROADCAST GROUP, INC.; TIME WARNER CABLE, INC.; DIRECTV, LLC; AT&T SERVICES, INC. (sued incorrectly as AT&T Corporation); COMCAST CORPORATION; COX MEDIA GROUP, LLC (sued incorrectly as Cox Media Group, Inc.); DISH NETWORK L.L.C. (sued incorrectly as Dish Network, LLC); RCN TELECOM SERVICES, LLC (sued incorrectly as RCN Corporation); VERIZON CORPORATE SERVICES GROUP INC. (sued incorrectly as Verizon Communications, Inc.); UP ENTERTAINMENT, LLC; TRIBUNE BROADCASTING COMPANY, LLC; CHARTER COMMUNICATIONS, INC.; BRIGHT HOUSE NETWORKS, LLC; RAYCOM MEDIA, INC.; and FRONTIER COMMUNICATIONS CORPORATION |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2467754
222309-10004

10

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT