1  BARRY I. SLOTNICK (*Pro Hac Vice*)
   bslotnick@loeb.com
2  DAVID GROSSMAN (SBN 211326)
   dgrossman@loeb.com
3  EDWARD K. LEE (SBN 294954)
   elee@loeb.com
4  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
5  Los Angeles, CA 90067-4120
   Telephone: 310.282.2000
6  Facsimile: 310.282.2200

7  Attorneys for Defendants
   DEEP DISH PRODUCTIONS OF CHICAGO, LLC; ENDEMOL USA
8  HOLDINGS, INC.; BEAUTIFUL DAY PRODUCTIONS, LLC; STEVE
   HARVEY; ALEX DUDA; RUSHION MCDONALD; NBCUNIVERSAL
9  MEDIA, LLC; TEGNA INC. (sued incorrectly as Gannett Company, Inc.);
   HEARST TELEVISION INC. (sued incorrectly as Hearst Television, Inc.);
10 MEDIA GENERAL, INC.; LIN TELEVISION CORPORATION; LOCAL
   TV, LLC; NEXSTAR BROADCASTING GROUP, INC.; SINCLAIR
11 BROADCAST GROUP, INC.; TIME WARNER CABLE, INC.; DIRECTV,
   LLC; AT&T SERVICES, INC. (sued incorrectly as AT&T Corporation);
12 COMCAST CORPORATION; COX MEDIA GROUP, LLC (sued
   incorrectly as Cox Media Group, Inc.); DISH NETWORK L.L.C. (sued
13 incorrectly as Dish Network, LLC); RCN TELECOM SERVICES, LLC
   (sued incorrectly as RCN Corporation); VERIZON CORPORATE
14 SERVICES GROUP INC. (sued incorrectly as Verizon Communications,
   Inc.); UP ENTERTAINMENT, LLC; TRIBUNE BROADCASTING
15 COMPANY, LLC; CHARTER COMMUNICATIONS, INC.; BRIGHT
   HOUSE NETWORKS, LLC; RAYCOM MEDIA, INC.; AND FRONTIER
16 COMMUNICATIONS CORPORATION

17                    UNITED STATES DISTRICT COURT
18                   CENTRAL DISTRICT OF CALIFORNIA
19                           WESTERN DIVISION

| | |
|---|---|
| 20  WE 3 KINGS, INC., | Case No. CV 14-08816-DSF (ASx) |
|   | Hon. Dale S. Fischer |
| 21         Plaintiff, | |
|   | **DECLARATION OF MARY C.** |
| 22     v. | **KANE IN SUPPORT OF** |
|   | **DEFENDANTS' MOTION FOR** |
| 23  THE STEVE HARVEY SHOW, *et al.*, | **SUMMARY JUDGMENT** |
| 24         Defendants. | *[Filed concurrently: Memorandum of* |
|   | *Points and Authorities; Supporting* |
| 25  | *Declarations; Separate Statement of* |
|   | *Uncontroverted Facts and Conclusions* |
| 26  | *of Law; [Proposed] Judgment]* |
| 27  | DATE:  June 26, 2017 |
|   | TIME:  1:30 p.m. |
| 28  | CRTRM.: 7D - 1st Street Courthouse |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13432641
222309-10004

DECLARATION OF MARY C. KANE IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT

1  )  Complaint filed: November 13, 2014
2  )  Pre-trial Conf.: September 11, 2017
   )  Trial Date: October 10, 2017
3  )

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13432641
222309-10004

DECLARATION OF MARY C. KANE IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT

## DECLARATION OF MARY C. KANE

I, Mary C. Kane, declare as follows:

1. I am Senior Counsel for Comcast Cable Communications Management, LLC a subsidiary of Comcast Corporation ("Comcast"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to these facts.

2. Between September 1, 2012 and the present, Comcast operated numerous cable television systems throughout the United States and, in all cases, acquired compulsory copyright licenses for those systems pursuant to 17 U.S. Code section 111.

3. As a first-run syndicated program, "Steve Harvey" is offered for sale to broadcast television stations as a finished product. Cable systems, such as those owned or operated by Comcast, have no influence over whether any individual broadcast television station chooses to license "Steve Harvey." Consequently, Comcast has no right or ability to supervise or control the production or distribution of "Steve Harvey." Nor is Comcast familiar with any details relating to the production of "Steve Harvey." The foregoing is based on my review of the books and records maintained by Comcast.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of May, 2017, at Philadelphia, Pennsylvania

*/s/ Mary C. Kane*

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13432641
222309-10004

1

DECLARATION OF MARY C. KANE IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT