1  BARRY I. SLOTNICK (*Pro Hac Vice*)
   bslotnick@loeb.com
2  DAVID GROSSMAN (SBN 211326)
   dgrossman@loeb.com
3  EDWARD K. LEE (SBN 294954)
   elee@loeb.com
4  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
5  Los Angeles, CA 90067-4120
   Telephone:  310.282.2000
6  Facsimile:   310.282.2200

7  Attorneys for Defendants
   DEEP DISH PRODUCTIONS OF CHICAGO, LLC; ENDEMOL USA
8  HOLDINGS, INC.; BEAUTIFUL DAY PRODUCTIONS, LLC; STEVE
   HARVEY; ALEX DUDA; RUSHION MCDONALD; NBCUNIVERSAL
9  MEDIA, LLC; TEGNA INC. (sued incorrectly as Gannett Company, Inc.);
   HEARST TELEVISION INC. (sued incorrectly as Hearst Television, Inc.);
10 MEDIA GENERAL, INC.; LIN TELEVISION CORPORATION; LOCAL
   TV, LLC; NEXSTAR BROADCASTING GROUP, INC.; SINCLAIR
11 BROADCAST GROUP, INC.; TIME WARNER CABLE, INC.; DIRECTV,
   LLC; AT&T SERVICES, INC. (sued incorrectly as AT&T Corporation);
12 COMCAST CORPORATION; COX MEDIA GROUP, LLC (sued
   incorrectly as Cox Media Group, Inc.); DISH NETWORK L.L.C. (sued
13 incorrectly as Dish Network, LLC); RCN TELECOM SERVICES, LLC
   (sued incorrectly as RCN Corporation); VERIZON CORPORATE
14 SERVICES GROUP INC. (sued incorrectly as Verizon Communications,
   Inc.); UP ENTERTAINMENT, LLC; TRIBUNE BROADCASTING
15 COMPANY, LLC; CHARTER COMMUNICATIONS, INC.; BRIGHT
   HOUSE NETWORKS, LLC; RAYCOM MEDIA, INC.; AND FRONTIER
16 COMMUNICATIONS CORPORATION

17                 UNITED STATES DISTRICT COURT

18                 CENTRAL DISTRICT OF CALIFORNIA

19                        WESTERN DIVISION

20 WE 3 KINGS, INC.,                  )  Case No. CV 14-08816-DSF (ASx)
                                      )  Hon. Dale S. Fischer
21         Plaintiff,                 )
                                      )  **DECLARATION OF ROBERT**
22    v.                              )  **FITZPATRICK IN SUPPORT OF**
                                      )  **DEFENDANTS' MOTION FOR**
23 THE STEVE HARVEY SHOW, *et al.*,   )  **SUMMARY JUDGMENT**
                                      )
24         Defendants.                )  *[Filed concurrently: Memorandum of*
                                      )  *Points and Authorities; Supporting*
25                                    )  *Declarations; Separate Statement of*
                                      )  *Uncontroverted Facts and Conclusions*
26                                    )  *of Law; [Proposed] Judgment]*
                                      )
27                                    )  DATE:      June 26, 2017
                                      )  TIME:      1:30 p.m.
28                                    )  CRTRM.:    7D - 1st Street Courthouse

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13441687
222309-10004

DECLARATION OF ROBERT FITZPATRICK IN
SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

| | |
|---|---|
| | ) Complaint filed: November 13, 2014 |
| | ) Pre-trial Conf.: September 11, 2017 |
| | ) Trial Date: October 10, 2017 |
| | ) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13441687
222309-10004

DECLARATION OF ROBERT FITZPATRICK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

## DECLARATION OF ROBERT FITZPATRICK

I, Robert Fitzpatrick, declare as follows:

1. I am Executive Vice President, Business Affairs, for NBCUniversal Domestic Television Distribution. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to these facts.

2. Attached hereto as **Exhibit A** is a true and correct redacted copy of the "Steve Harvey Project" / Syndication License Agreement, dated as of July 12, 2011. The document has been redacted to permit its public filing in this matter.

3. NBCUniversal Media, LLC ("NBCU") had no involvement in the selection of any music cues from Plaintiff's music library for use in the "Steve Harvey" program, nor is NBCU familiar with any details relating to the selection of any music cues from Plaintiff's music library for use in the "Steve Harvey" program.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of May, 2017, at New York, New York.

_____
Robert Fitzpatrick

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13441687
222309-10004

1

DECLARATION OF ROBERT FITZPATRICK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT