BARRY I. SLOTNICK (*Pro Hac Vice*)
bslotnick@loeb.com
DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
EDWARD K. LEE (SBN 294954)
elee@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120
Telephone:  310.282.2000
Facsimile:  310.282.2200

Attorneys for Defendants
DEEP DISH PRODUCTIONS OF CHICAGO, LLC; ENDEMOL USA HOLDINGS, INC.; BEAUTIFUL DAY PRODUCTIONS, LLC; STEVE HARVEY; ALEX DUDA; RUSHION MCDONALD; NBCUNIVERSAL MEDIA, LLC; TEGNA INC. (sued incorrectly as Gannett Company, Inc.); HEARST TELEVISION INC. (sued incorrectly as Hearst Television, Inc.); MEDIA GENERAL, INC.; LIN TELEVISION CORPORATION; LOCAL TV, LLC; NEXSTAR BROADCASTING GROUP, INC.; SINCLAIR BROADCAST GROUP, INC.; TIME WARNER CABLE, INC.; DIRECTV, LLC; AT&T SERVICES, INC. (sued incorrectly as AT&T Corporation); COMCAST CORPORATION; COX MEDIA GROUP, LLC (sued incorrectly as Cox Media Group, Inc.); DISH NETWORK L.L.C. (sued incorrectly as Dish Network, LLC); RCN TELECOM SERVICES, LLC (sued incorrectly as RCN Corporation); VERIZON CORPORATE SERVICES GROUP INC. (sued incorrectly as Verizon Communications, Inc.); UP ENTERTAINMENT, LLC; TRIBUNE BROADCASTING COMPANY, LLC; CHARTER COMMUNICATIONS, INC.; BRIGHT HOUSE NETWORKS, LLC; RAYCOM MEDIA, INC.; AND FRONTIER COMMUNICATIONS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WE 3 KINGS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STEVE HARVEY SHOW, *et al.*,<br><br>    Defendants. | Case No.  CV 14-08816-DSF (ASx)<br>Hon. Dale S. Fischer<br><br>**DECLARATION OF DERWIN K. BROWN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently: Memorandum of Points and Authorities; Supporting Declarations; Separate Statement of Uncontroverted Facts and Conclusions of Law; [Proposed] Judgment]*<br><br>DATE:      June 26, 2017<br>TIME:       1:30 p.m.<br>CRTRM.:  7D - 1st Street Courthouse |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13432652
222309-10004

DECLARATION OF DERWIN K. BROWN
IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

) Complaint filed: November 13, 2014
) Pre-trial Conf.: September 11, 2017
) Trial Date: October 10, 2017
)

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

13432652
222309-10004

DECLARATION OF DERWIN K. BROWN
IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT

## DECLARATION OF DERWIN K. BROWN

I, Derwin K. Brown, declare as follows:

1. I am Senior Corporate Counsel at RCN Telecom Services, LLC ("RCN"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to these facts.

2. Between September 1, 2012 and the present, RCN operated numerous cable television systems throughout the United States and, in all cases, complied with the requirements of 17 U.S. Code section 111 to obtain a compulsory copyright licenses for those systems.

3. At no time between September 1, 2012 and the present, were any cable systems owned or operated by RCN delinquent on, or otherwise out of compliance with, the requirements of 17 U.S. Code section 111.

4. As a first-run syndicated program, "Steve Harvey" is offered for sale to broadcast television stations as a finished product. Cable systems, such as those owned or operated by RCN, have no influence over whether any individual broadcast television station chooses to license "Steve Harvey." Consequently, RCN has no right or ability to supervise or control the production or distribution of "Steve Harvey." Nor is RCN familiar with any details relating to the production of "Steve Harvey."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of May, 2017, at Princeton, New Jersey.

*[signature]*

Derwin K. Brown
Senior Corporate Counsel
RCN Telecom Services, LLC

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13432652
222309-10004

1

DECLARATION OF DERWIN K. BROWN
IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT