| | |
|---|---|
| 1 | BARRY I. SLOTNICK (*Pro Hac Vice*) |
| | bslotnick@loeb.com |
| 2 | DAVID GROSSMAN (SBN 211326) |
| | dgrossman@loeb.com |
| 3 | EDWARD K. LEE (SBN 294954) |
| | elee@loeb.com |
| 4 | LOEB & LOEB LLP |
| | 10100 Santa Monica Blvd., Suite 2200 |
| 5 | Los Angeles, CA 90067-4120 |
| | Telephone:  310.282.2000 |
| 6 | Facsimile:   310.282.2200 |
| 7 | Attorneys for Defendants |
| 8 | DEEP DISH PRODUCTIONS OF CHICAGO, LLC; ENDEMOL USA HOLDINGS, INC.; BEAUTIFUL DAY PRODUCTIONS, LLC; STEVE HARVEY; ALEX DUDA; RUSHION MCDONALD; NBCUNIVERSAL MEDIA, LLC; TEGNA INC. (sued incorrectly as Gannett Company, Inc.); HEARST TELEVISION INC. (sued incorrectly as Hearst Television, Inc.); MEDIA GENERAL, INC.; LIN TELEVISION CORPORATION; LOCAL TV, LLC; NEXSTAR BROADCASTING GROUP, INC.; SINCLAIR BROADCAST GROUP, INC.; TIME WARNER CABLE, INC.; DIRECTV, LLC; AT&T SERVICES, INC. (sued incorrectly as AT&T Corporation); COMCAST CORPORATION; COX MEDIA GROUP, LLC (sued incorrectly as Cox Media Group, Inc.); DISH NETWORK L.L.C. (sued incorrectly as Dish Network, LLC); RCN TELECOM SERVICES, LLC (sued incorrectly as RCN Corporation); VERIZON CORPORATE SERVICES GROUP INC. (sued incorrectly as Verizon Communications, Inc.); UP ENTERTAINMENT, LLC; TRIBUNE BROADCASTING COMPANY, LLC; CHARTER COMMUNICATIONS, INC.; BRIGHT HOUSE NETWORKS, LLC; RAYCOM MEDIA, INC.; AND FRONTIER COMMUNICATIONS CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WE 3 KINGS, INC., | Case No. CV 14-08816-DSF (ASx) |
| | Hon. Dale S. Fischer |
| Plaintiff, | |
| | **DECLARATION OF MARC SHER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| THE STEVE HARVEY SHOW, *et al.*, | |
| Defendants. | *[Filed concurrently: Memorandum of Points and Authorities; Supporting Declarations; Separate Statement of Uncontroverted Facts and Conclusions of Law; [Proposed] Judgment]* |
| | DATE:   June 26, 2017 |
| | TIME:   1:30 p.m. |
| | CRTRM.:  7D - 1st Street Courthouse |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13430712
222309-10004

DECLARATION OF MARC SHER IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT

|   |   |
|---|---|
| 1 | ) Complaint filed: November 13, 2014 |
| 2 | ) Pre-trial Conf.: September 11, 2017 |
|   | ) Trial Date: October 10, 2017 |
| 3 | ) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

13430712
222309-10004

DECLARATION OF MARC SHER IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT

## DECLARATION OF MARC SHER

I, Marc Sher, declare as follows:

1. I am the Associate General Counsel at TEGNA Inc. ("Tegna"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to these facts.

2. From prior to September 1, 2012 and the present, Tegna, including each and every broadcast television station owned or operated by Tegna, possessed a non-exclusive "blanket" license for the public performance of all music contained in the repertories of all three of the performing rights societies operating in the United States: ASCAP, BMI, and SESAC.

3. Attached hereto as **EXHIBIT A** are true and correct copies the above-referenced license(s), to the extent available. In cases where **EXHIBIT A** does not contain a license for any individual broadcast television station owned or operated by Tegna covering the period September 1, 2012 to the present, I have completed a reasonably diligent search for such license, and have determined that it is unavailable. Notwithstanding the unavailability of any licenses, ASCAP, BMI, and SESAC did issue blanket licenses for public performance of music in their repertories to each and every broadcast television station owned or operated by Tegna for the period in question.

4. As a first-run syndicated program, "Steve Harvey" is offered for sale to broadcast television stations as a finished product. Tegna, including the broadcast television stations owned or operated by Tegna, has no right or ability to supervise or control the production or distribution of "Steve Harvey." Nor is Tegna, including the broadcast television stations owned or operated by Tegna, familiar with any details relating to the production of "Steve Harvey."

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13430712
222309-10004

1

DECLARATION OF MARC SHER IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of May, 2017, at McLean, Virginia.

_____

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13430712
222309-10004

2

DECLARATION OF MARC SHER IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT