| | |
|---|---|
| 1 | BARRY I. SLOTNICK (*Pro Hac Vice*) |
| | bslotnick@loeb.com |
| 2 | DAVID GROSSMAN (SBN 211326) |
| | dgrossman@loeb.com |
| 3 | EDWARD K. LEE (SBN 294954) |
| | elee@loeb.com |
| 4 | LOEB & LOEB LLP |
| | 10100 Santa Monica Blvd., Suite 2200 |
| 5 | Los Angeles, CA 90067-4120 |
| | Telephone:  310.282.2000 |
| 6 | Facsimile:   310.282.2200 |

7  Attorneys for Defendants
   DEEP DISH PRODUCTIONS OF CHICAGO, LLC; ENDEMOL USA
8  HOLDINGS, INC.; BEAUTIFUL DAY PRODUCTIONS, LLC; STEVE
   HARVEY; ALEX DUDA; RUSHION MCDONALD; NBCUNIVERSAL
9  MEDIA, LLC; TEGNA INC. (sued incorrectly as Gannett Company, Inc.);
   HEARST TELEVISION INC. (sued incorrectly as Hearst Television, Inc.);
10 MEDIA GENERAL, INC.; LIN TELEVISION CORPORATION; LOCAL
   TV, LLC; NEXSTAR BROADCASTING GROUP, INC.; SINCLAIR
11 BROADCAST GROUP, INC.; TIME WARNER CABLE, INC.; DIRECTV,
   LLC; AT&T SERVICES, INC. (sued incorrectly as AT&T Corporation);
12 COMCAST CORPORATION; COX MEDIA GROUP, LLC (sued
   incorrectly as Cox Media Group, Inc.); DISH NETWORK L.L.C. (sued
13 incorrectly as Dish Network, LLC); RCN TELECOM SERVICES, LLC
   (sued incorrectly as RCN Corporation); VERIZON CORPORATE
14 SERVICES GROUP INC. (sued incorrectly as Verizon Communications,
   Inc.); UP ENTERTAINMENT, LLC; TRIBUNE BROADCASTING
15 COMPANY, LLC; CHARTER COMMUNICATIONS, INC.; BRIGHT
   HOUSE NETWORKS, LLC; RAYCOM MEDIA, INC.; AND FRONTIER
16 COMMUNICATIONS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WE 3 KINGS, INC., | Case No.  CV 14-08816-DSF (ASx) |
| | Hon. Dale S. Fischer |
| Plaintiff, | |
| | **DECLARATION OF ELIZABETH** |
| v. | **WHEELER COLEMAN IN** |
| | **SUPPORT OF DEFENDANTS'** |
| THE STEVE HARVEY SHOW, *et al.*, | **MOTION FOR SUMMARY** |
| | **JUDGMENT** |
| Defendants. | |
| | *[Filed concurrently: Memorandum of Points and Authorities; Supporting Declarations; Separate Statement of Uncontroverted Facts and Conclusions of Law; [Proposed] Judgment]* |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13432781
222309-10004

DECLARATION OF ELIZABETH WHEELER
COLEMAN IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

|   |   |
|---|---|
| 1 | ) DATE: June 26, 2017 |
| 2 | ) TIME: 1:30 p.m.<br>) CRTRM.: 7D - 1st Street Courthouse |
| 3 | )<br>) |
| 4 | ) Complaint filed: November 13, 2014<br>) Pre-trial Conf.: September 11, 2017 |
| 5 | ) Trial Date: October 10, 2017 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

13432781
222309-10004

DECLARATION OF ELIZABETH WHEELER
COLEMAN IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

## DECLARATION OF ELIZABETH WHEELER COLEMAN

I, ELIZABETH WHEELER COLEMAN declare as follows:

1. I am the SENIOR COUNSEL at UP Entertainment, LLC ("UP"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to these facts.

2. From prior to September 1, 2012 and the present, UP possessed a non-exclusive "blanket" license for the public performance of all music contained in the repertories of all three of the performing rights societies operating in the United States: ASCAP, BMI, and SESAC.

3. Attached hereto as **EXHIBIT A** are true and correct copies the above-referenced license(s), to the extent available. In case **EXHIBIT A** does not contain a license covering the period September 1, 2012 to the present, I have completed a reasonably diligent search for such license, and have determined that it is unavailable. Notwithstanding the unavailability of any license, ASCAP, BMI, and SESAC did issue blanket licenses for public performance of music in their repertories to UP for the period in question.

4. As a first-run syndicated program, "Steve Harvey" is offered for sale to cable television stations as a finished product. UP has no right or ability to supervise or control the production or distribution of "Steve Harvey." Nor is UP familiar with any details relating to the production of "Steve Harvey."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of May 2017, at Atlanta, Georgia.

_____
Elizabeth Wheeler Coleman
Senior Counsel, UP Entertainment, LLC

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

13432781
222309-10004

1

DECLARATION OF ELIZABETH WHEELER COLEMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT