1  **Alan G. Dowling**
2  (California Bar No. 70686)
   Email: agdowling@aol.com
3  **ALAN G. DOWLING, P.C.**
4  1043 Pacific Street
   Santa Monica, California 90405
5  Telephone: (818) 679-6395
   Fax: (424) 238-5366
6  *Attorney for Plaintiff We 3 Kings, Inc.*

7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                           WESTERN DIVISION

11

| | |
|---|---|
| **We 3 Kings, Inc.,** a New Jersey Corporation, | Case No. **2:14-cv-08816-DSF-AS** |
| Plaintiff, | Hon. Dale S. Fischer, U.S. District Judge |
| vs. | **PLAINTIFF'S WITNESS LIST** |
| **The Steve Harvey Show**, a business entity of unknown form, **Deep Dish Productions of Chicago, LLC**, an Illinois Limited Liability Company, **Endemol USA Holding, Inc.,** a Delaware corporation, **Beautiful Day Productions, LLC**, a Delaware Limited Liability Company, **Steve Harvey**, an Individual, **Alex Duda**, an Individual, **Rushion McDonald**, an Individual, **NBCUniversal Domestic Television Distribution, a Division of NBCUniversal Media, LLC**, a Delaware Limited Liability Company, **Tegna, Inc.** (originally sued as Gannett Company, Inc., a Delaware | Final Pretrial Conf.: Sept. 11, 2017<br>Time: 3:00 p.m.<br>Location: Courtroom 7D<br>First Street Courthouse<br>350 West 1st Street<br>Los Angeles, CA 90012<br><br>Complaint filed: November 13, 2014<br>Pre-Trial Conf.: September 11, 2017<br>Trial Date: October 10, 2017 |

ALAN G. DOWLING, A PROFESSIONAL

We 3 Kings, Inc. v. The Steve Harvey Show, et al.
USDC, CD Cal, Case No. 2:14-cv-08816-DSF-AS

1

**PLAINTIFF'S WITNESS LIST**

corporation), **Hearst Television Inc.,** a Delaware corporation, **Media General, Inc.,** a Virginia corporation, **LIN Television Corporation, a** Delaware corporation, dba LIN Media, **Local TV, LLC**, a Limited Liability Company, **Nexstar Broadcasting Group, Inc.,** a Delaware corporation, **Sinclair Broadcast Group, Inc.,** a Maryland corporation, **Time Warner Cable, Inc.,** a Delaware corporation, **DIRECTV, LLC,** a California limited liability company, AT&T Services, Inc. (originally sued as AT&T Corporation, a New York corporation), **Comcast Corporation**, a Pennsylvania corporation, **Cox Media Group, LLC** (originally sued as Cox Media Group, Inc., a Delaware corporation), **Dish Network L.L.C.** (originally sued as Dish Network, LLC), a Colorado limited liability company, RCN Telecom Services, LLC (originally sued as RCN Corporation, a corporation), Verizon Corporate Services Group Inc. (originally sued as Verizon Communications, Inc., a Delaware corporation), dba Verizon FiOS, **UP Entertainment, LLC,** a Delaware limited liability company, **Tribune Broadcasting Company, LLC,** a Delaware limited liability company, **Charter Communications, Inc.,** a Delaware corporation, **Bright House Networks, LLC,** a Delaware limited liability company, **Raycom Media, Inc.,** a Delaware corporation, **Frontier Communications Corporation,** a Delaware corporation, and DOES 1 through 10, Inclusive,

Defendants

ALAN G. DOWLING, A PROFESSIONAL

We 3 Kings, Inc. v. The Steve Harvey Show, et al.
USDC, CD Cal, Case No. 2:14-cv-08816-DSF-AS

2    **PLAINTIFF'S WITNESS LIST**

Pursuant to F.R.Civ.P. 26(a)(3)(A) and Local Rule 16-5, Plaintiff We 3 Kings, Inc., submits the following as its witness list:

| Witness Name and Address | Party Calling Witness and Estimate | Party Calling Witness and Estimate | Testimony | Comments {None} |
|---|---|---|---|---|
| Wiliam Brandt, 24378 Highlander Road, West Hills, CA 91307 | Pltf 5.0 | 8 | Plaintiff's business and history, means of producing, obtaining and licensing its music, its online music library, authorship, acquisition, and originality of ots works, copyright registrations, Steve Harvey negotiations and dealings re theme song and music library, termination of Volpone, Defendants' access to Plaintiff's music, downloading, uses in episodes of Steve Harvey, literal copying of corresponding parts of infringing and infringed works, substantiality of portions of Plaintiff's works used, the purpose and importance of the music used in soundtracks of television shows, activities of Volpone after termination, disputes with Deep Dish, Volpone and SESAC,, Plaintiff's rescission of any putative license agreements with Deep Dish, Plaintiff's past licensing activities and revenues, the value of license fees for Plaintiff's works relative to Defendants' infringements, Defendants' distribution and exploitation of Steve Harvey, gross revenues and net profits. Also designated to testify as an rebuttal expert. | |

3

We 3 Kings, Inc. v. The Steve Harvey Show, et al.
USDC, CD Cal, Case No. 2:14-cv-08816-DSF-AS

PLAINTIFF'S WITNESS LIST

ALAN G. DOWLING, A PROFESSIONAL

| # | Name/Address | | | |
|---|---|---|---|---|
| 1 | Walter Brandt, 8343 Hillary Drive, West Hills, CA 91304 | Pltf 1.0 | 1.5 | |
| 2 | | | | |
| 3 | | | | Plaintiff's business and history, means of producing, obtaining and licensing its music, its online music library, authorship, acquisition, and originality of ots works, copyright registrations, Steve Harvey negotiations and dealings re theme song and music library, termination of Volpone, Defendants' access to Plaintiff's music, downloading, uses in episodes of Steve Harvey, literal copying of corresponding parts of infringing and infringed works, substantiality of portions of Plaintiff's works used, the purpose and importance of the music used in soundtracks of television shows, activities of Volpone after termination, disputes with Deep Dish, Volpone and SESAC,, Plaintiff's rescission of any putative license agreements with Deep Dish, Plaintiff's past licensing activities and revenues, the value of license fees for Plaintiff's works relative to Defendants' infringements, Defendants' distribution and exploitation of Steve Harvey, gross revenues and net profits. Also designated to testify as an rebuttal expert. |
| 15 | Keith Volpone 8630 Rudnick Ave, Canoga Park, CA 91304 | Pltf 1.25 | 3.5 | |
| 17 | | | | Will testify as a percipient witness as to, among other things, Plaintiff's business and history, means of producing, obtaining and licensing its music, its online music library, the Steve Harvey negotiations and dealings in 2012 and thereafter relating to the theme song and licensing of the music library, the termination of Volpone as an officer/director of Plaintiff in August 2012, activities of Volpone after his termination, and disputes and litigation of Plaintiff with Volpone and SESAC relating to the Steve Harvey show. |

4

ALAN G. DOWLING, A PROFESSIONAL

We 3 Kings, Inc. v. The Steve Harvey Show, et al.
USDC, CD Cal, Case No. 2:14-cv-08816-DSF-AS

PLAINTIFF'S WITNESS LIST

| | | | |
|---|---|---|---|
| Joseph Brandt,<br>24378 Highlander Road<br>West Hills, CA 91307 | Pltf 1.0 | 2.5 | |

Will testify as a percipient witness as to, among other things, Plaintiff's business and history, means of producing, obtaining and licensing its music, its online music library, the Steve Harvey negotiations and dealings in 2012 and thereafter relating to the theme song and licensing of the music library, Defendants' access to Plaintiff's music library, downloading of works therefrom, Defendants' uses of works from the library in episodes of Steve Harvey, activities of Keith Volpone after his termination, and will testify in opposition and rebuttal to Defendants' affirmative defenses.

| | | | |
|---|---|---|---|
| Joel Wertman,<br>6517 Whitworth Dr.<br>Los Angeles, CA 90035 | Pltf 3.0 | 2.5 | |

Plaintiff's business and history, means of producing, obtaining and licensing its music, its online music library, authorship, acquisition, and originality of ots works, copyright registrations, Steve Harvey negotiations and dealings re theme song and music library, termination of Volpone, Defendants' access to Plaintiff's music, downloading, uses in episodes of Steve Harvey, literal copying of corresponding parts of infringing and infringed works, substantiality of portions of Plaintiff's works used, the purpose and importance of the music used in soundtracks of television shows, activities of Volpone after termination, disputes with Deep Dish, Volpone and SESAC,, Plaintiff's rescission of any putative license agreements with Deep Dish, Plaintiff's past licensing activities and revenues, the value of license fees for Plaintiff's works relative to Defendants' infringements, Defendants' distribution and exploitation of Steve Harvey, gross revenues and net profits.

5

We 3 Kings, Inc. v. The Steve Harvey Show, et al.
USDC, CD Cal, Case No. 2:14-cv-08816-DSF-AS

PLAINTIFF'S WITNESS LIST

ALAN G. DOWLING, A PROFESSIONAL

| Name / Address | Party | Time (hrs) | Testimony |
|---|---|---|---|
| Michael Benghiat, 12400 Connery Way, Bakersfield, CA 93312 | Pltf .25 | 0.5 | Will testify as a percipient witness regarding his Audio Addiction Music library, the works therein, including their origin, ownership and originality, the granting of an exclusive license to Plaintiff for inclusion of the Audio Addiction Music library in Plaintiff's music library, and Plaintiff's administration and exploitation thereof, including works downloaded by Defendants from Plaintiff and used in Steve Harvey. |
| Marvin Andrew Paige, 5761 West Avenue K-9, Lancaster, Ca 93536 | Pltf .25 | 0.5 | Will testify as a percipient witness regarding his music library, the works therein, including their origin, ownership and originality, the granting of an exclusive license to Plaintiff for inclusion of his music library in Plaintiff's music library, and Plaintiff's administration and exploitation thereof, including works downloaded by Defendants from Plaintiff and used in Steve Harvey. |
| David Wilde, 4343 Bakman Ave, Studio City, CA 91602 | Pltf .25 | 0.5 | Will testify as a percipient witness regarding his music library (Marion Recording Studio), the works therein, including their origin, ownership and originality, the granting of an exclusive license to Plaintiff for inclusion of his music library in Plaintiff's music library, and Plaintiff's administration and exploitation thereof, including works downloaded by Defendants from Plaintiff and used in *Steve Harvey*. |
| Craig Owens*, Address presently unknown | Pltf .25 | unknown | Will testify as a percipient witness as to his work with Plaintiff, and the limited musical and creative contribution of Keith Volpone to the composition of Plaintiff's works. |

6

We 3 Kings, Inc. v. The Steve Harvey Show, et al.
USDC, CD Cal, Case No. 2:14-cv-08816-DSF-AS

PLAINTIFF'S WITNESS LIST

| Witness | Time Est. | Cumulative | Description |
|---|---|---|---|
| Corp. Rep. -SourceAudio<br>Source Audio LLC<br>120 Cummings Park<br>Woburn, MA 01801 | Pltf .75 | 0.75 | Will testify as a percipient witness as to, among other things, the nature and operation of SourceAudio, the website and facility at and through which Plaintiff's online music library is maintained and operated, its relationship and history with Plaintiff, the terms and conditions of use of the SourceAudio site and Plaintiff's web portal to its online library in particular, SourceAudio's maintenance of data regarding access to and downloading from Plaintiff's online music library and generation of reports of such information. |
| Designee - SESAC*, 2150 Colorado Ave # 150<br>Santa Monica, CA 90404 | Pltf .25 | 0.5 | If necessary to call as a witness, will testify as a percipient witness as to the authenticity and content of SESAC quarterly royalty statements to Plaintiff, and cue sheets obtained from Defendants and SoundMouse, reflecting uses of Plaintiff's works in Steve Harvey. |
| Jay Lazaroff*, Address presently unknown | Pltf .25 | 2 | If necessary to call as a witness, will testify as to his involvement in the Steve Harvey negotiations and dealings in 2012 and thereafter relating to the theme song and licensing of the music library, and his activities with Keith Volpone after 2012 vis-à-vis Steve Harvey. |

ALAN G. DOWLING, A PROFESSIONAL

We 3 Kings, Inc. v. The Steve Harvey Show, et al.
USDC, CD Cal, Case No. 2:14-cv-08816-DSF-AS

7

**PLAINTIFF'S WITNESS LIST**

| Witness | Time | Called by |
|---|---|---|
| Steve Harvey** | 1 | Def |

If called to testify as part of Plaintiff's case in chief, will testify as to the history and background of Steve Harvey beginning in 2011, his agreements relating to his services as executive producer (and otherwise) on the show, activities and contribution as executive producer, involvement in the selection and approval of the theme songs and music used in the show, the purpose and importance of the music used in soundtracks of television shows as related to the creative content and qualities of the shows, and his income attributable to the Steve Harvey show.

| Witness | Time | Called by |
|---|---|---|
| Alex Duda** | 0.75 | Def |

If called to testify as part of Plaintiff's case in chief, will testify as to the history and background of Steve Harvey beginning in 2011, her agreements relating to her services as executive producer (and otherwise) on the show, activities and contribution as executive producer, involvement in the selection and approval of the theme songs and music used in the show, the purpose and importance of the music used in soundtracks of television shows as related to the creative content and qualities of the shows, income attributable to the Steve Harvey show, and her past dealings with Plaintiff as supplier of music for other shows she produced.

| Witness | Time | Called by |
|---|---|---|
| Rushion McDonald** | 0.75 | Def |

If called to testify as part of Plaintiff's case in chief, will testify as to the history and background of *Steve Harvey* beginning in 2011, his agreements relating to her services as executive producer (and otherwise) on the show, activities and contribution as executive producer, involvement in the selection and approval of the theme songs and music used in the show, and his income attributable to the *Steve Harvey* show.

ALAN G. DOWLING, A PROFESSIONAL

We 3 Kings, Inc. v. The Steve Harvey Show, et al.
USDC, CD Cal, Case No. 2:14-cv-08816-DSF-AS

8

**PLAINTIFF'S WITNESS LIST**

| Witness | Pltf | Def | Description |
|---|---|---|---|
| Jonna Walsh** | 1 | Def 2.0 | Percipient witness as to certain liability-related issues. |
| Jed Enlow** | 0.75 | Def 1 | Percipient witness as to certain liability-related issues. |
| Brandon Harris** | 0.75 | DEF 1 | Percipient witness as to certain liability-related issues. |
| Corp. Rep. - NBCUniversal Media** | 1 | Def 1.5 | Identity undisclosed. |
| Corp. Rep. - Endemol USA Holding.** | 1 | Def 1.5 | Identity undisclosed. |
| Corp. Rep. - Deep Dish Prods of Chicago** | 1.5 | Def 2 | Identity undisclosed. |
| Marc Ferrari** | 2 | Def 2.5 | Designated expert witness. |
| TOTALS | Pltf 24 | Def 35.25 | |

\* Plaintiff will only call these witnesses if necessary.

\*\* These are potential defense witnesses. If called by the defense, Plaintiff will cross-examine them. Plaintiff has reserved the right to subpoena any of them to testify as part of Plaintiff's case in chief, or as part of Plaintiff's rebuttal, if necessary.

9

ALAN G. DOWLING, A PROFESSIONAL

We 3 Kings, Inc. v. The Steve Harvey Show, et al.
USDC, CD Cal, Case No. 2:14-cv-08816-DSF-AS

**PLAINTIFF'S WITNESS LIST**

Dated: August 12, 2017              Respectfully Submitted,

**ALAN G. DOWLING, P.C.**

By: /s/ Alan G. Dowling
**Alan G. Dowling**
(California Bar No. 70686)
**ALAN G. DOWLING, P.C.**
1043 Pacific Street, No. 1
Santa Monica, California 90405
Telephone: (818) 679-6395
Fax: (424) 238-5366
Email: agdowling@aol.com
*Attorney for Plaintiff We 3 Kings, Inc.*

ALAN G. DOWLING, A PROFESSIONAL

We 3 Kings, Inc. v. The Steve Harvey Show, et al.
USDC, CD Cal, Case No. 2:14-cv-08816-DSF-AS

10

**PLAINTIFF'S WITNESS LIST**